APPEAL,CLOSED,TYPE−E

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:17−cv−02332−APM</u>

MICULA et al v. GOVERNMENT OF ROMANIA

Assigned to: Judge Amit P. Mehta

 Case: 1:14−cv−00600−APM

 Case in other court: USCA, 19−07127

                    USCA, 20−07116

                    21−07139

Cause: 09:0202 Award under Convention on Foreign Arbitral Awards

Date Filed: 11/06/2017

Date Terminated: 12/22/2022

Jury Demand: None

Nature of Suit: 890 Other Statutory Actions

Jurisdiction: Federal Question

**Petitioner**

**IOAN MICULA**

represented by **Anthony Ullman**
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
212−632−8342
Email: anthony.ullman@dentons.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hansel Tuan Pham**
WHITE & CASE, LLP
701 13th Street, NW
701 Thirteenth Street, NW
Washington, DC 20005
202−626−3611
Email: hpham@whitecase.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacqueline L. Chung**
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
212−819−7844
Email: jacqueline.chung@whitecase.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laura Grai**
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
248−408−0804
Email: laura.grai@whitecase.com
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Francis A Vasquez , Jr**
F.A. VASQUEZ CONSULTING
2109 Arrowleaf Drive
22182
Vienna, VA 22182
571−363−7747
Email: frank@favasquez.com
*ATTORNEY TO BE NOTICED*

**Petitioner**

**VIOREL MICULA**                    represented by     **Drew William Marrocco**
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
(202) 408−6387
Fax: (202) 408−6399
Email: drew.marrocco@dentons.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis A Vasquez , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Lomas , Jr**
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
(202) 496−7183
Fax: (202) 496−7756
Email: johnlomas@eversheds−sutherland.com
*TERMINATED: 03/06/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Ullman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Catharine Luo**
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
202−496−7417
Email: catharine.luo@dentons.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Danforth Newcomb**
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
212−848−4000
Email: dnewcomb@shearman.com
*TERMINATED: 04/24/2019*
*ATTORNEY TO BE NOTICED*

**Daniel G. Morris**
EVERSHEDS SUTHERLAND (US) LLP
700 Sixth Street
Ste 700
Washington, DC 20001
202−220−8348
Fax: 202−637−3593
Email: DanielMorris@eversheds−sutherland.us
*TERMINATED: 03/06/2020*
*ATTORNEY TO BE NOTICED*

**John Hay**
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
212−398−5233
Email: john.hay@dentons.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**S.C. EUROPEAN FOOD S.A.**    represented by  **Anthony Ullman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hansel Tuan Pham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacqueline L. Chung**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laura Grai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Francis A Vasquez , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Petitioner**

**S.C. STARMILL S.R.L.**                    represented by  **Anthony Ullman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hansel Tuan Pham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacqueline L. Chung**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laura Grai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Francis A Vasquez , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Petitioner**

**S.C. MULTIPACK S.R.L.**                    represented by  **Anthony Ullman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hansel Tuan Pham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacqueline L. Chung**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laura Grai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Francis A Vasquez , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

| | | |
|---|---|---|
| **GOVERNMENT OF ROMANIA** | represented by | **Ioana Salajanu**<br>SLV LEGAL<br>1 East Erie Street<br>Suite 525<br>Chicago, IL 60611<br>773−875−5438<br>Email: ioana.salajanu@slvlegal.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Matthew J. Weldon**<br>K & L GATES LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>212−536−4042<br>Fax: 212−536−3901<br>Email: Matthew.Weldon@klgates.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Non−Party Respondent**

| | | |
|---|---|---|
| **UNITED STATES GOVERNMENT** | represented by | **Daniel D. Mauler**<br>HERITAGE ACTION FOR AMERICA<br>Civil Division−Federal Programs Branch<br>214 Massachusetts Avenue NE<br>Washington, DC 20002<br>202−617−6975<br>Email: dan.mauler@heritage.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **EUROPEAN COMMISSION** | represented by | **Catherine Emily Stetson**<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>(202) 637−5491<br>Fax: (202) 637−5910<br>Email: cate.stetson@hoganlovells.com<br>*TERMINATED: 03/10/2020*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Dimitar Georgiev−Remmel**<br>SQUIRE PATTON BOGGS (US) LLP<br>2550 M Street NW<br>Washington, DC 20036<br>202−457−6506<br>Email: dimitar.georgiev@squirepb.com<br>*LEAD ATTORNEY* |

5

*ATTORNEY TO BE NOTICED*

**Mitchell Pearsall Reich**
HOGAN LOVELLS US LLP
555 Thirteenth St. N.W.
Washington, DC 20004
(202) 637−5833
Email: mitchell.reich@hoganlovells.com
*TERMINATED: 03/10/2020*
*ATTORNEY TO BE NOTICED*

**Stephen P. Anway**
SQUIRE PATTON BOGGS (US) LLP
127 Public Square
1000 Key Tower
Cleveland, OH 44114
216−479−8500
Email: stephen.anway@squirepb.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/06/2017 | 1 | | PETITION TO CONFIRM ARBITRATION AWARD */ Petition to Confirm ICSID Arbitration Award and Enter Judgment* against THE GOVERNMENT OF ROMANIA ( Filing fee $ 400 receipt number 0090−5192801) filed by S.C. STARMILL S.R.L., IOAN MICULA, S.C. EUROPEAN FOOD S.A., VIOREL MICULA, S.C. MULTIPACK S.R.L.. (Attachments: # 1 Exhibit A to Petition, Part 1, # 2 Exhibit A to Petition, Part 2, # 3 Exhibit A to Petition, Part 3, # 4 Exhibit A to Petition, Part 4, # 5 Exhibit B to Petition, # 6 Civil Cover Sheet, # 7 Summons)(Vasquez, Francis) (Entered: 11/06/2017) |
| 11/06/2017 | 2 | | NOTICE OF RELATED CASE by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. Case related to (Attachments: # 1 Exhibit A to Notice of Designation of Related Civil Cases)(Vasquez, Francis) (Entered: 11/06/2017) |
| 11/06/2017 | 3 | | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L. (Vasquez, Francis) (Entered: 11/06/2017) |
| 11/06/2017 | | | Case Assigned to Judge Amit P. Mehta. (zsth) (Entered: 11/07/2017) |
| 11/07/2017 | 4 | | SUMMONS (1) Issued Electronically as to THE GOVERNMENT OF ROMANIA. (Attachments: # 1 Notice and Consent)(zsth) (Entered: 11/07/2017) |
| 11/28/2017 | 5 | | CERTIFICATE OF SERVICE by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L. re 2 Notice of Related Case, 3 LCvR 7.1 Certificate of Disclosure − Corporate Affiliations/Financial Interests, 1 Petition to Confirm Arbitration Award,, 4 Summons Issued Electronically . (Attachments: # 1 Exhibit A to Certificate of Service, # 2 Exhibit B to Certificate of Service, # 3 Exhibit C to Certificate of |

| | | |
|---|---|---|
| | | Service, # 4 Exhibit D to Certificate of Service, # 5 Exhibit E to Certificate of Service, # 6 Exhibit F to Certificate of Service, # 7 Exhibit G to Certificate of Service)(Vasquez, Francis) (Entered: 11/28/2017) |
| 11/28/2017 | 6 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to GOVERNMENT OF ROMANIA served on 11/15/2017, answer due 1/14/2018. (See Docket Entry 5 to view document). (znmw) (Entered: 11/29/2017) |
| 01/16/2018 | 7 | MOTION to Dismiss *for Insufficient Service of Process* by GOVERNMENT OF ROMANIA (Attachments: # 1 Text of Proposed Order Proposed Order)(Salajanu, Ioana) (Entered: 01/16/2018) |
| 01/16/2018 | 8 | SUPPLEMENTAL MEMORANDUM to re 7 MOTION to Dismiss *for Insufficient Service of Process* filed by GOVERNMENT OF ROMANIA. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Salajanu, Ioana) (Entered: 01/16/2018) |
| 01/17/2018 | 9 | NOTICE of Appearance by Ioana Salajanu on behalf of GOVERNMENT OF ROMANIA (Salajanu, Ioana) (Entered: 01/17/2018) |
| 01/29/2018 | 10 | Memorandum in opposition to re 7 MOTION to Dismiss *for Insufficient Service of Process* filed by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Attachments: # 1 Declaration of Francis A. Vasquez, Jr. in Support of Petitioners' Opposition to Romania's Motion to Dismiss for Insufficient Service of Process, # 2 Exhibit A to Vasquez Declaration, # 3 Exhibit B to Vasquez Declaration, # 4 Exhibit C to Vasquez Declaration, # 5 Exhibit D to Vasquez Declaration, # 6 Exhibit E to Vasquez Declaration, # 7 Text of Proposed Order)(Vasquez, Francis) (Entered: 01/29/2018) |
| 02/05/2018 | 11 | REPLY to opposition to motion re 7 MOTION to Dismiss *for Insufficient Service of Process* filed by GOVERNMENT OF ROMANIA. (Salajanu, Ioana) (Entered: 02/05/2018) |
| 04/02/2018 | 12 | CERTIFICATE OF SERVICE by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L. re 4 Summons Issued Electronically, 1 Petition to Confirm Arbitration Award,, . (Attachments: # 1 Exhibit A − Certificate of Service)(Vasquez, Francis) (Entered: 04/02/2018) |
| 04/04/2018 | | MINUTE ORDER. In light of Plaintiffs' alternative service of process on the Romanian Central Authority, as set forth in its 12 Certificate of Service, Defendant shall notify the court on or before April 11, 2018, whether the alternative service renders its 7 Motion to Dismiss moot. If Defendant takes the position that its Motion remains ripe, Defendant shall explain why, in its view, the alternative service is deficient. Signed by Judge Amit P. Mehta on 4/4/2018. (lcapm2) (Entered: 04/04/2018) |
| 04/04/2018 | | Set/Reset Deadlines/Hearings: Defendant's notice to the Court due by 4/11/2018. (zcdw) (Entered: 04/06/2018) |
| 04/11/2018 | 13 | SURREPLY to re 7 MOTION to Dismiss *for Insufficient Service of Process Memorandum of Law in Support of Respondent's Sur Reply to Its Motion to Dismiss* filed by GOVERNMENT OF ROMANIA. (Attachments: # 1 Exhibit |

| | | | |
|---|---|---|---|
| | | | A)(Salajanu, Ioana) (Entered: 04/11/2018) |
| 04/12/2018 | | | MINUTE ORDER. Petitioners may file a response to Respondent's 13 Memorandum of Law no later than April 25, 2018. Signed by Judge Amit P. Mehta on 4/12/2018. (lcapm2) (Entered: 04/12/2018) |
| 04/12/2018 | | | Set/Reset Deadlines/Hearings: Response to 13 due by 4/25/2018. (zcdw) (Entered: 04/16/2018) |
| 04/25/2018 | 14 | | RESPONSE re 13 Surreply, / *Petitioners' Response to Romania's Sur−Reply to Its Motion to Dismiss for Insufficient Service of Process* filed by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Attachments: # 1 Declaration of Francis A. Vasquez, Jr. in Support of Petitioners' Response to Romania's Sur−Reply to Its Motion to Dismiss for Insufficient Service of Process, # 2 Exhibit A to Vasquez Declaration, # 3 Exhibit B to Vasquez Declaration, # 4 Exhibit C to Vasquez Declaration, # 5 Exhibit D to Vasquez Declaration, # 6 Exhibit E to Vasquez Declaration, # 7 Exhibit F to Vasquez Declaration, # 8 Exhibit G to Vasquez Declaration, # 9 Exhibit H, Part 1 to Vasquez Declaration, # 10 Exhibit H, Part 2 to Vasquez Declaration, # 11 Exhibit H, Part 3 to Vasquez Declaration, # 12 Exhibit H, Part 4 to Vasquez Declaration, # 13 Exhibit H, Part 5 to Vasquez Declaration, # 14 Exhibit I, Part 1 to Vasquez Declaration, # 15 Exhibit I, Part 2 to Vasquez Declaration, # 16 Exhibit I, Part 3 to Vasquez Declaration, # 17 Exhibit I, Part 4 to Vasquez Declaration, # 18 Exhibit I, Part 5 to Vasquez Declaration, # 19 Exhibit I, Part 6 to Vasquez Declaration, # 20 Exhibit I, Part 7 to Vasquez Declaration, # 21 Exhibit I, Part 8 to Vasquez Declaration, # 22 Exhibit I, Part 9 to Vasquez Declaration, # 23 Exhibit I, Part 10 to Vasquez Declaration, # 24 Exhibit I, Part 11 to Vasquez Declaration, # 25 Exhibit I, Part 12 to Vasquez Declaration, # 26 Exhibit I, Part 13 to Vasquez Declaration, # 27 Exhibit J to Vasquez Declaration, # 28 Exhibit K to Vasquez Declaration, # 29 Exhibit L to Vasquez Declaration, # 30 Exhibit M to Vasquez Declaration, # 31 Exhibit N to Vasquez Declaration, # 32 Exhibit O to Vasquez Declaration)(Vasquez, Francis) (Entered: 04/25/2018) |
| 05/22/2018 | 15 | | ORDER denying Respondent's 7 Motion to Dismiss for Insufficient Process. See the attached Order for details. Signed by Judge Amit P. Mehta on 5/22/2018. (lcapm2) (Entered: 05/22/2018) |
| 05/22/2018 | 16 | | ORDER TO SHOW CAUSE why Respondent should not be sanctioned. See the attached Order for details. Signed by Judge Amit P. Mehta on 5/22/2018. (lcapm2) (Entered: 05/22/2018) |
| 05/22/2018 | | | Set/Reset Deadlines: Respondent's Response to Show Cause due by 5/29/2018. (zjd) Modified date filed on 5/25/2018 (zjd). (Entered: 05/25/2018) |
| 05/29/2018 | 17 | | MOTION for Extension of Time to *Show Cause* by GOVERNMENT OF ROMANIA (Attachments: # 1 Exhibit A)(Salajanu, Ioana) (Entered: 05/29/2018) |
| 05/30/2018 | | | MINUTE ORDER granting Respondent's 17 Motion for Extension of Time to Show Cause nunc pro tunc to May 29, 2018. Respondent shall file its memorandum responding to the 16 Order to Show Cause on May 30, 2018. Signed by Judge Amit P. Mehta on 5/30/2018. (lcapm2) (Entered: 05/30/2018) |
| 05/30/2018 | 18 | | |

| | | |
|---|---|---|
| | | MEMORANDUM by GOVERNMENT OF ROMANIA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Salajanu, Ioana) (Entered: 05/30/2018) |
| 06/06/2018 | 19 | AFFIDAVIT FOR DEFAULT by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Attachments: # 1 Text of Proposed Order)(Vasquez, Francis) (Entered: 06/06/2018) |
| 06/08/2018 | 20 | MOTION for Leave to File *to file a responsive pleading* by GOVERNMENT OF ROMANIA (Attachments: # 1 Affidavit)(Salajanu, Ioana) (Entered: 06/08/2018) |
| 06/11/2018 | | MINUTE ORDER. Minute Order. Defendant's 20 Motion for Leave to File a Responsive Pleading is denied without prejudice for failure to comply with the meet−and−confer requirement under Local Civil Rule 7(m). Signed by Judge Amit P. Mehta on 6/11/2018. (lcapm2) (Entered: 06/11/2018) |
| 06/11/2018 | 21 | Clerk's ENTRY OF DEFAULT as to GOVERNMENT OF ROMANIA (jf) (Entered: 06/11/2018) |
| 06/11/2018 | 22 | MOTION for Leave to File *Responsive Pleading* by GOVERNMENT OF ROMANIA (Attachments: # 1 Affidavit)(Salajanu, Ioana) (Entered: 06/11/2018) |
| 06/11/2018 | 23 | ORDER requesting information from the United States Department of State in light of Respondent's 18 Memorandum of Law to Show Cause. See the attached Order for details. Signed by Judge Amit P. Mehta on 6/11/2018. (Main Document 23 replaced on 6/12/2018) (zjd). (Entered: 06/11/2018) |
| 06/13/2018 | 24 | Memorandum in opposition to re 22 MOTION for Leave to File *Responsive Pleading* filed by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Vasquez, Francis) (Entered: 06/13/2018) |
| 06/19/2018 | | MINUTE ORDER denying as moot Respondent's 22 Motion for Leave to File Responsive Pleading. Respondent sought leave to late−file a response to the Petition by June 15, 2018. That date has come and gone, however, with no responsive pleading filed by Respondent. Accordingly, the Motion is denied as moot. Signed by Judge Amit P. Mehta on 6/19/2018. (lcapm2) (Entered: 06/19/2018) |
| 06/20/2018 | 25 | MOTION for Leave to File *to file a responsive pleading instanter* by GOVERNMENT OF ROMANIA (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Salajanu, Ioana) (Entered: 06/20/2018) |
| 06/28/2018 | 26 | MOTION for Judgment and Confirmation of Arbitral Award by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L. (Attachments: # 1 Memorandum in Support of Motion for Judgment and Confirmation of Arbitral Award, # 2 Declaration of Francis A. Vasquez, Jr. in Support of Petitioners' Motion for Judgment and Confirmation of Arbitral Award, # 3 Exhibit 1 to Vasquez Declaration, # 4 Exhibit 2 to Vasquez Declaration, # 5 Declaration of Oana Popa in Support of Petitioners' Motion for Judgment and Confirmation of Arbitral Award, # 6 Exhibit A to Popa Declaration, # 7 Exhibit B to Popa Declaration, # 8 Exhibit C to Popa Declaration, # 9 Exhibit D to Popa |

| | | | |
|---|---|---|---|
| | | | Declaration, # <u>10</u> Exhibit E to Popa Declaration, # <u>11</u> Exhibit F to Popa Declaration, # <u>12</u> Exhibit G to Popa Declaration, # <u>13</u> Exhibit H to Popa Declaration, # <u>14</u> Text of Proposed Order and Judgment)(Vasquez, Francis). Added MOTION for Judgment on 7/16/2018 (znmw). (Entered: 06/28/2018) |
| 06/29/2018 | <u>27</u> | | NOTICE by UNITED STATES GOVERNMENT re <u>23</u> Order, (Mauler, Daniel) (Entered: 06/29/2018) |
| 07/05/2018 | <u>28</u> | | Memorandum in opposition to re <u>25</u> MOTION for Leave to File *to file a responsive pleading instanter* filed by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Attachments: # <u>1</u> Declaration of Francis A. Vasquez, Jr. in Support of Petitioners' Opposition to Romania's Motion for Leave to File a Responsive Pleading Instanter, # <u>2</u> Exhibit 1 to Vasquez Declaration)(Vasquez, Francis) (Entered: 07/05/2018) |
| 07/12/2018 | <u>29</u> | | RESPONSE re <u>26</u> MOTION for Judgment and Confirmation of Arbitral Award filed by GOVERNMENT OF ROMANIA. (Attachments: # <u>1</u> Exhibit 1−7)(Salajanu, Ioana) (Entered: 07/12/2018) |
| 07/12/2018 | <u>30</u> | | REPLY re <u>25</u> MOTION for Leave to File *to file a responsive pleading instanter* filed by GOVERNMENT OF ROMANIA. (Attachments: # <u>1</u> Exhibit A−I)(Salajanu, Ioana) (Entered: 07/12/2018) |
| 07/13/2018 | <u>31</u> | | NOTICE *of Statement of Interest* by UNITED STATES GOVERNMENT re <u>23</u> Order, (Mauler, Daniel) (Entered: 07/13/2018) |
| 07/13/2018 | <u>32</u> | | ORDER directing the parties to appear for a Status Hearing on July 19, 2018, at 2:30 p.m., in Courtroom 10 before Judge Amit P. Mehta. See the attached Order for details. Signed by Judge Amit P. Mehta on 7/13/2018. (lcapm2) (Entered: 07/13/2018) |
| 07/13/2018 | | | Set/Reset Hearings: Status Conference set for 7/19/2018 at 2:30 PM in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 07/16/2018) |
| 07/16/2018 | <u>33</u> | | NOTICE of Appearance by Danforth Newcomb on behalf of VIOREL MICULA (Newcomb, Danforth) (Entered: 07/16/2018) |
| 07/17/2018 | | | Set/Reset Hearings: Status Conference rescheduled to 7/23/2018 at 2:00 PM in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 07/17/2018) |
| 07/19/2018 | <u>34</u> | | REPLY to opposition to motion re <u>26</u> MOTION to Confirm *Arbitral Award* MOTION for Judgment */Petitioner's Reply in Support* filed by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Attachments: # <u>1</u> Declaration of Francis A. Vasquez, Jr in Support, # <u>2</u> Exhibit 3 to Vasquez Declaration, # <u>3</u> Exhibit 4 to Vasquez Declaration, # <u>4</u> Exhibit 5 to Vasquez Declaration, # <u>5</u> Exhibit 6 to Vasquez Declaration, # <u>6</u> Declaration of Oana Popa in Support, # <u>7</u> Exhibit I to Popa Declaration, # <u>8</u> Exhibit J to Popa Declaration, # <u>9</u> Exhibit K to Popa Declaration, # <u>10</u> Exhibit L to Popa Declaration, # <u>11</u> Exhibit M to Popa Declaration, # <u>12</u> Exhibit N to Popa Declaration, # <u>13</u> Exhibit O to Popa Declaration, # <u>14</u> Exhibit P to Popa Declaration, # <u>15</u> Exhibit Q to Popa Declaration, # <u>16</u> Exhibit R to Popa Declaration, # <u>17</u> Exhibit S to Popa Declaration, # <u>18</u> Exhibit T to Popa Declaration, # <u>19</u> Exhibit U to Popa Declaration, # <u>20</u> Exhibit V to Popa Declaration, # <u>21</u> Exhibit W to Popa |

| | | | |
|---|---|---|---|
| | | | Declaration)(Vasquez, Francis) (Entered: 07/19/2018) |
| 07/23/2018 | | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 7/23/2018. Plaintiff's Notice due by 7/30/2018. (Court Reporter: William Zaremba) (zjd) (Entered: 07/23/2018) |
| 07/23/2018 | | | MINUTE ORDER. In light of the discussion at the Status Conference held on July 23, 2018, Petitioners shall advise the court how they wish to proceed with respect to service no later than July 30, 2018. Signed by Judge Amit P. Mehta on 7/23/2018. (lcapm2) (Entered: 07/23/2018) |
| 07/26/2018 | 35 | | MOTION for Leave to File *a Sur−Reply to Petitioners' Motion for Judgment and Confirmation of Arbitral Award* by GOVERNMENT OF ROMANIA (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Salajanu, Ioana) (Entered: 07/26/2018) |
| 07/27/2018 | 36 | | NOTICE *Regarding Petitioners' Position as to Service of Process Under 28 U.S.C. § 1608(a)(4)* by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L. (Vasquez, Francis) (Entered: 07/27/2018) |
| 07/27/2018 | | | MINUTE ORDER. In light of Petitioners' 36 Notice, Petitioners shall file a Joint Status Report no later than August 27, 2018, updating the court on the status of service. The court requests that the United States Department of State assist in effectuating service as efficiently as feasible. Finally, upon notice of final service, the court will seek the parties' input in setting a schedule for further proceedings. Signed by Judge Amit P. Mehta on 7/27/2018. (lcapm2) (Entered: 07/27/2018) |
| 07/27/2018 | | | Set/Reset Deadlines: Joint Status Report due by 8/27/2018. (zjd) (Entered: 07/30/2018) |
| 07/30/2018 | 37 | | TRANSCRIPT OF STATUS CONFERENCE HEARING PROCEEDINGS before Judge Amit P. Mehta held on July 23, 2018; Page Numbers: 1−45. Date of Issuance: July 30, 2018. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased fro m the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 8/20/2018. Redacted Transcript Deadline set for 8/30/2018. Release of Transcript Restriction set for 10/28/2018.(wz) (Entered: 07/30/2018) |

| 07/31/2018 | 38 | AFFIDAVIT REQUESTING FOREIGN MAILING by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Vasquez, Francis) (Entered: 07/31/2018) |
|---|---|---|
| 07/31/2018 | 39 | REQUEST from Plaintiffs for the Clerk to effect service of two copies of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U. S. Department of State, Director of Overseas Citizens Services, pursuant to 28 U.S.C. 1608(a)(4). (See Docket Entry 38 to view document) (jf) (Entered: 07/31/2018) |
| 07/31/2018 | 40 | CERTIFICATE OF CLERK of mailing two copies of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state on Defendants, by certified mail, return receipt requested, to the U.S. Department of State, CA/OSC/L, SA−17, 10th Floor, Washington, DC 20522−1710, ATTN:Director of Overseas Citizens Services, pursuant to 28 U.S.C. 1608(a)(4). (Attachments: # 1 Receipt of Mailing) (jf) (Entered: 07/31/2018) |
| 08/09/2018 | 41 | Memorandum in opposition to re 35 MOTION for Leave to File *a Sur−Reply to Petitioners' Motion for Judgment and Confirmation of Arbitral Award /Petitioners' Opposition to Romania's Motion for Leave to File Sur−Reply* filed by IOAN MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Vasquez, Francis) (Entered: 08/09/2018) |
| 08/15/2018 | 42 | REPLY in support re 35 MOTION for Leave to File *a Sur−Reply to Petitioners' Motion for Judgment and Confirmation of Arbitral Award (Reply Memorandum)* filed by GOVERNMENT OF ROMANIA. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Salajanu, Ioana) Modified on 8/16/2018 to correct docket text (jf). (Entered: 08/15/2018) |
| 08/27/2018 | 43 | STATUS REPORT */Petitioners' Status Report* by IOAN MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Vasquez, Francis) (Entered: 08/27/2018) |
| 08/31/2018 | | MINUTE ORDER. Petitioners shall file an additional Status Report updating the court on their efforts to effect service under 28 USC 1608(a)(4) no later than October 26, 2018. Signed by Judge Amit P. Mehta on 8/31/2018. (lcapm2) (Entered: 08/31/2018) |
| 08/31/2018 | | Set/Reset Deadlines: Petitioner's Status Report due by 10/26/2018. (zjd) (Entered: 08/31/2018) |
| 10/04/2018 | 44 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to GOVERNMENT OF ROMANIA served on 9/7/2017, answer due 11/6/2017. (Diplomatic Note No. 194) (Originals returned to Counsel) (jf) (Entered: 10/08/2018) |
| 10/10/2018 | 45 | STATUS REPORT by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Vasquez, Francis) (Entered: 10/10/2018) |
| 10/10/2018 | | MINUTE ORDER. Petitioners have stated their intention to "renew their Motion for Judgment and Confirmation of Arbitral Award" after Respondent Government of Romania responds to the Petition. Status Report, ECF No. 45, at |

| | | |
|---|---|---|
| | | 2. In view of the current posture of this case, the court will treat as moot the parties' pending motions, see ECF Nos. 20, 25, 26, and 35, unless either party objects to proceeding in this manner. Any such objection shall be filed no later than November 15, 2018, and shall explain the party's position for why the pending motions are not moot. Signed by Judge Amit P. Mehta on 10/10/2018. (lcapm2) (Entered: 10/10/2018) |
| 10/10/2018 | | Set/Reset Deadlines: Objection(s) due by 11/15/2018. (zjd) (Entered: 10/11/2018) |
| 10/15/2018 | | MINUTE ORDER. A Minute Order of October 10, 2018, erroneously set the deadline to file an objection as November 15, 2018. The court intended to set a deadline of October 15, 2018. In light of this, the November 15, 2018, deadline is hereby vacated and any objections shall be filed no later than October 17, 2018. Signed by Judge Amit P. Mehta 10/15/2018. (lcapm2) Modified on 10/15/2018 (lcapm2, ). (Entered: 10/15/2018) |
| 10/15/2018 | | Set/Reset Deadlines: Objection(s) due by 10/17/2018. (zjd) (Entered: 10/15/2018) |
| 10/17/2018 | 46 | NOTICE /*Petitioners' Notice of Limited Objection* by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L. (Vasquez, Francis) (Entered: 10/17/2018) |
| 10/17/2018 | 47 | MOTION for Extension of Time to *File Objections and Respond to Petitioners' Notice of Limited Objections* by GOVERNMENT OF ROMANIA (Attachments: # 1 Declaration declaration)(Salajanu, Ioana) (Entered: 10/17/2018) |
| 10/19/2018 | | MINUTE ORDER granting Respondent's 47 Motion for Extension of Time to File Objections and to Respond to Petitioners' Notice of Limited Objections. Respondent shall file its memorandum responding to the 46 Notice of Limited Objections and raising any objections to treating as moot pending motions ECF Nos. 20, 25, 26, and 35 on or before October 26, 2018. Signed by Judge Amit P. Mehta on 10/19/2018. (lcapm2) (Entered: 10/19/2018) |
| 10/19/2018 | | Set/Reset Deadlines: Respondent's Memorandum due by 10/26/2018. (zjd) (Entered: 10/19/2018) |
| 10/26/2018 | 48 | ENTERED IN ERROR.....SUPPLEMENTAL MEMORANDUM to *IN SUPPORT OF RESPONDING TO PETITIONERS' NOTICE OF LIMITED OBJECTIONS AND RESPONDENT'S OBJECTIONS TO TREATING AS MOOT PENDING MOTIONS ECF NOS. 20 , 25 , 26 AND 35* filed by GOVERNMENT OF ROMANIA. (Attachments: # 1 Ex A July 23, 2018 transcript)(Salajanu, Ioana) Modified on 10/30/2018 (znmw). (Entered: 10/26/2018) |
| 10/26/2018 | 49 | SUPPLEMENTAL MEMORANDUM to *IN SUPPORT OF RESPONDING TO PETITIONERS' NOTICE OF LIMITED OBJECTIONS AND RESPONDENT'S OBJECTIONS TO TREATING AS MOOT PENDING MOTIONS ECF NOS. 20 , 25 , 26 AND 35* filed by GOVERNMENT OF ROMANIA. (Attachments: # 1 Exhibit Ex A July 23, 2018 transcript)(Salajanu, Ioana) Modified to add links on 10/30/2018 (znmw). (Entered: 10/26/2018) |
| 10/30/2018 | | |

| | | |
|---|---|---|
| | | NOTICE OF CORRECTED DOCKET ENTRY: Docket Entry 48 Supplemental Memorandum, was entered in error and was refiled by counsel as Docket Entry 49 Supplemental Memorandum. (znmw) (Entered: 10/30/2018) |
| 10/31/2018 | 50 | ORDER denying as moot the parties' pending motions at ECF Nos. 20 , 25 , 26 , and 35 , without prejudice. Respondent's response to Petitioners' 1 Petition is due on or before November 6, 2018. Within 14 days of that date, Petitioners may renew their Motion for Judgment and Confirmation of Arbitral Award. Respondent shall file its response to the renewed Motion within 21 days thereafter. Petitioners' reply shall be due 14 days after the response is filed. See attached Order for additional details. Signed by Judge Amit P. Mehta on 10/31/2018. (lcapm2) (Entered: 10/31/2018) |
| 10/31/2018 | | Set/Reset Deadlines: Respondent's response due by 11/6/2018. (zjd) (Entered: 10/31/2018) |
| 11/06/2018 | 51 | RESPONSE *MEMORANDUM OF LAW IN OPPOSITION TO 1 PETITION TO CONFIRM ICSID ARBITRATION AWARD AND ENTER JUDGMENT* filed by GOVERNMENT OF ROMANIA. (Attachments: # 1 Exhibit Ex 1 Award, # 2 Exhibit Ex 2 March 30 Decision, # 3 Exhibit Ex 3 Achmea Judgment, # 4 Exhibit Ex 4 Commission Communication on BIT, # 5 Exhibit Ex 5 March 20 report Micula v Commission)(Salajanu, Ioana) (Entered: 11/06/2018) |
| 11/06/2018 | 52 | LARGE ADDITIONAL ATTACHMENTS re 51 RESPONSE *MEMORANDUM OF LAW IN OPPOSITION TO PETITION TO CONFIRM ICSID ARBITRATION AWARD AND ENTER JUDGMENT* filed by GOVERNMENT OF ROMANIA. (Attachments: # 1 Exhibit EX 6 Declaration Vilaia, # 2 Exhibit Ex 7 Declaration Gyori, # 3 Exhibit Ex 8 Bufan 2016 Opinion, # 4 Exhibit Ex 9 Bufan 2018 Opinion)(Salajanu, Ioana) Modified on 11/7/2018 to correct docket entry (jf). (Entered: 11/07/2018) |
| 11/07/2018 | 53 | LARGE ADDITIONAL ATTACHMENTS re 51 RESPONSE *MEMORANDUM OF LAW IN OPPOSITION TO PETITION TO CONFIRM ICSID ARBITRATION AWARD AND ENTER JUDGMENT* filed by GOVERNMENT OF ROMANIA. (Attachments: # 1 Exhibit Ex 11 Liviu Pop, Ionut Florin Popa, Stelian Ioan Vidu Curs de drept civil, Obligatiile, # 2 Exhibit Ex 12 Romania Supreme Court Ruling)(Salajanu, Ioana) Modified on 11/7/2018 to correct docket event/link (jf). (Entered: 11/07/2018) |
| 11/07/2018 | 54 | LARGE ADDITIONAL ATTACHMENTS re 51 RESPONSE MEMORANDUM OF LAW IN OPPOSITION TO PETITION TO CONFIRM ICSID ARBITRATION AWARD AND ENTER JUDGMENT by GOVERNMENT OF ROMANIA. (Attachments: # 1 Exhibit page 17 to 56, # 2 Exhibit page 193 to 19, # 3 Exhibit page 105− 14, # 4 page 20 to 104)(Salajanu, Ioana) Modified on 11/7/2018 to correct docket event (jf). (Entered: 11/07/2018) |
| 11/20/2018 | 55 | MOTION for Judgment on the Pleadings *or, in the alternative,*, MOTION for Summary Judgment by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L. (Attachments: # 1 Memorandum in Support of Petitioners' Motion for Judgment on the Pleadings or, in the alternative, Summary Judgment, # 2 Statement of Facts, # 3 Declaration of Francis A. Vasquez, Jr. in Support of Petitioners' Motion, # 4 Exhibit 1 to the Declaration of Vasquez, # 5 Exhibit 2 to the |

| | | |
|---|---|---|
| | | Declaration of Vasquez, # 6 Exhibit 3 to the Declaration of Vasquez, # 7 Exhibit 4 to the Declaration of Vasquez, # 8 Exhibit 5 to the Declaration of Vasquez, # 9 Exhibit 6 to the Declaration of Vasquez, # 10 Exhibit 7 to the Declaration of Vasquez, # 11 Exhibit 8 to the Declaration of Vasquez, # 12 Declaration of Oana Popa in Support of Petitioners' Motion, # 13 Exhibit A to the Declaration of Oana Popa, # 14 Exhibit B to the Declaration of of Oana Popa, # 15 Exhibit C to the Declaration of of Oana Popa, # 16 Exhibit D to the Declaration of of Oana Popa, # 17 Exhibit E to the Declaration of of Oana Popa, # 18 Exhibit F to the Declaration of of Oana Popa, # 19 Exhibit G to the Declaration of of Oana Popa, # 20 Exhibit H to the Declaration of of Oana Popa, # 21 Exhibit I to the Declaration of Oana Popa, # 22 Exhibit J to the Declaration of of Oana Popa, # 23 Exhibit K to the Declaration of Oana Popa, # 24 Exhibit L to the Declaration of Oana Popa, # 25 Exhibit M to the Declaration of of Oana Popa, # 26 Exhibit N to the Declaration of of Oana Popa, # 27 Exhibit O to the Declaration of of Oana Popa, # 28 Exhibit P to the Declaration of of Oana Popa, # 29 Exhibit Q to the Declaration of of Oana Popa, # 30 Exhibit R to the Declaration of Oana Popa, # 31 Exhibit S to the Declaration of of Oana Popa, # 32 Exhibit T to the Declaration of of Oana Popa, # 33 Exhibit U to the Declaration of of Oana Popa, # 34 Exhibit V to the Declaration of of Oana Popa, # 35 Exhibit W to the Declaration of of Oana Popa, # 36 Exhibit X to the Declaration of Oana Popa, # 37 Exhibit Y to the Declaration of of Oana Popa, # 38 Exhibit Z to the Declaration of of Oana Popa, # 39 Text of Proposed Order)(Vasquez, Francis) (Entered: 11/20/2018) |
| 11/28/2018 | 56 | Consent MOTION for Leave to File *Brief as Amicus Curiae* by The European Commission (Stetson, Catherine) (Entered: 11/28/2018) |
| 11/29/2018 | | MINUTE ORDER granting the European Commission's 56 Consent Motion for Leave to File Brief as Amicus Curiae. Signed by Judge Amit P. Mehta on 11/29/2018. (lcapm2) (Entered: 11/29/2018) |
| 12/11/2018 | 57 | MOTION to Stay *TO STAY PROCEEDINGS PENDING RESOLUTION OF LEGAL PROCEEDING REGARDING VALIDITY OF INJUNCTION ENTERED BY EUROPEAN COMMISSION AND TO STAY PROCEEDINGS PENDING THE DETERMINATION OF THE PROPER PETITIONERS IN LIGHT OF THE BANKRUPTCY FILINGS OF CERTAIN PETITIONERS* by GOVERNMENT OF ROMANIA (Attachments: # 1 Memorandum in Support MEMO IN SUPPORT OF MOTION TO STAY, # 2 Exhibit MARCH 30 2015 DECISION, # 3 Exhibit HEARING MARCH 20 MICULA V EC, # 4 Exhibit CORPORATE BANKRUPTCIES, # 5 Exhibit CORPORATE STATUS INFORMATION, # 6 Declaration VILAIA DECLARATION)(Salajanu, Ioana) (Entered: 12/11/2018) |
| 12/11/2018 | 58 | MOTION for Extension of Time to *FILE RESPONSIVE PLEADING TO PETITIONERS MOTION FOR JUDGMENT ON THE PLEADINGS AND IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT* by GOVERNMENT OF ROMANIA (Attachments: # 1 Declaration)(Salajanu, Ioana) (Entered: 12/11/2018) |
| 12/11/2018 | 59 | ENTERED IN ERROR.....MEMORANDUM by EUROPEAN COMMISSION. (Stetson, Catherine) Modified on 12/12/2018 (jf). (Entered: 12/11/2018) |
| 12/11/2018 | 60 | AMICUS BRIEF by EUROPEAN COMMISSION. (jf) (Entered: 12/12/2018) |

| 12/12/2018 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 59 Memorandum was entered in error and will be refiled by Clerk's Office under the correct category. (jf) (Entered: 12/12/2018) |
|---|---|---|
| 12/13/2018 | | MINUTE ORDER. The parties shall appear for a Status Conference in this case on December 20, 2018 at 10 a.m. in Courtroom 10 in front of Judge Amit P. Mehta. Signed by Judge Amit P. Mehta on 12/13/2018. (lcapm2) (Entered: 12/13/2018) |
| 12/13/2018 | | Set/Reset Hearings: Status Conference set for 12/20/2018 at 10:00 AM in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 12/14/2018) |
| 12/20/2018 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 12/20/2018. (Court Reporter: William Zaremba) (zjd) (Entered: 12/20/2018) |
| 12/26/2018 | 61 | REPLY to opposition to motion re 55 MOTION for Judgment on the Pleadings *or, in the alternative,* MOTION for Summary Judgment filed by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Vasquez, Francis) (Entered: 12/26/2018) |
| 12/26/2018 | 62 | MEMORANDUM re 60 Amicus Brief filed by EUROPEAN COMMISSION by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Attachments: # 1 Declaration Declaration of Danforth Newcomb, # 2 Exhibit 1)(Newcomb, Danforth) (Entered: 12/26/2018) |
| 12/26/2018 | 63 | Memorandum in opposition to re 58 MOTION for Extension of Time to *FILE RESPONSIVE PLEADING TO PETITIONERS MOTION FOR JUDGMENT ON THE PLEADINGS AND IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT,* 57 MOTION to Stay *TO STAY PROCEEDINGS PENDING RESOLUTION OF LEGAL PROCEEDING REGARDING VALIDITY OF INJUNCTION ENTERED BY EUROPEAN COMMISSION AND TO STAY PROCEEDINGS PENDING THE DETERMINATION OF THE PROPER PETITIONERS IN LIGHT OF THE BANKRUPTCY FILIN filed by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Attachments: # 1 Declaration of Oana Popa in Support of Petitioners' Opposition to Romania's Motion to Stay Proceedings and Romania's Motion for Extension of Time to File Responsive Pleading)(Vasquez, Francis) (Entered: 12/26/2018)* |
| 12/27/2018 | 64 | MOTION for Extension of Time to File Response/Reply *to Petitioners' Opposition to Romania's Motion to Stay Proceedings and to Romania's Motion for Extension of Time to File Responsive Pleadings* by GOVERNMENT OF ROMANIA (Attachments: # 1 Exhibit Exhibit A − Declaration of Ioana Salajanu in Support of Motion for Extension)(Salajanu, Ioana) (Entered: 12/27/2018) |
| 01/02/2019 | 65 | MOTION to Strike 61 Reply to opposition to Motion, *for Judgment on the Pleadings or, in the Alternative, Summary Judgment* by GOVERNMENT OF ROMANIA (Attachments: # 1 Exhibit Exhibit A to Motion to Strike Reply (Declaration of Ioana Salajanu))(Salajanu, Ioana) (Entered: 01/02/2019) |
| 01/04/2019 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER granting Defendant Government of Romania's 64 Motion for Extension of Time to File Response/Reply. Defendant's response shall be due January 11, 2019. Signed by Judge Amit P. Mehta on 1/4/2019. (lcapm2) (Entered: 01/04/2019) |
| 01/04/2019 | | Set/Reset Deadlines: Respondent's Response due by 1/11/2019. (zjd) (Entered: 01/07/2019) |
| 01/07/2019 | 66 | Memorandum in opposition to re 65 MOTION to Strike 61 Reply to opposition to Motion, *for Judgment on the Pleadings or, in the Alternative, Summary Judgment* filed by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Attachments: # 1 Text of Proposed Order)(Vasquez, Francis) (Entered: 01/07/2019) |
| 01/09/2019 | 67 | NOTICE of Appearance by Mitchell Pearsall Reich on behalf of EUROPEAN COMMISSION (Reich, Mitchell) (Entered: 01/09/2019) |
| 01/11/2019 | 68 | REPLY to opposition to motion re 57 MOTION to Stay *TO STAY PROCEEDINGS PENDING RESOLUTION OF LEGAL PROCEEDING REGARDING VALIDITY OF INJUNCTION ENTERED BY EUROPEAN COMMISSION AND TO STAY PROCEEDINGS PENDING THE DETERMINATION OF THE PROPER PETITIONERS IN LIGHT OF THE BANKRUPTCY FILING* filed by GOVERNMENT OF ROMANIA. (Attachments: # 1 Exhibit Ex 1 (Achmea decision), # 2 Exhibit Ex 2 (Commission Communication re Achmea Judgment), # 3 Exhibit Ex 3 (March 30, 2015 Decision), # 4 Exhibit Ex 4 (March 20 Report for Hearing − Micula v Commission), # 5 Exhibit Ex 5 (Affidavit Dana Vilaia Nov 2018), # 6 Exhibit Ex 6 (Bankruptcy Petition Romanian and English), # 7 Exhibit Ex 7 (Toma Opinion + CV), # 8 Exhibit Ex 8 (Voluntary Standards for Civility in Professional Conduct from D.C. District Court Local Rules))(Salajanu, Ioana) (Entered: 01/11/2019) |
| 01/14/2019 | 69 | REPLY to opposition to motion re 65 MOTION to Strike 61 Reply to opposition to Motion, *for Judgment on the Pleadings or, in the Alternative, Summary Judgment* filed by GOVERNMENT OF ROMANIA. (Salajanu, Ioana) (Entered: 01/14/2019) |
| 02/21/2019 | 70 | MOTION to Withdraw as Attorney *and Memorandum in Support Thereof* by VIOREL MICULA (Attachments: # 1 Text of Proposed Order)(Newcomb, Danforth) (Entered: 02/21/2019) |
| 04/24/2019 | 71 | ENTERED IN ERROR.....STATUS REPORT *Letter Re: Motion to Withdraw as Counsel (ECF No. 70)* by VIOREL MICULA. (Newcomb, Danforth) Modified on 4/25/2019 (znmw). (Entered: 04/24/2019) |
| 04/24/2019 | 72 | ORDER granting 70 Motion to Withdraw as Attorney. Attorney Danforth Newcomb and his law firm Shearman & Sterling LLP are withdrawn as counsel of record to Petitioner Viorel Micula. See attached Order for additional details. Signed by Judge Amit P. Mehta on 4/24/2019. (lcapm2) (Entered: 04/24/2019) |
| 04/25/2019 | | NOTICE OF ERROR re 71 Status Report; emailed to dnewcomb@shearman.com, cc'd 13 associated attorneys −− The PDF file you docketed contained errors: 1. Please refile document, 2. ENTERED IN ERROR; Incorrect format (letter); Refile in pleading format in accordance with |

| | | | |
|---|---|---|---|
| | | | Local Rules. (znmw, ) (Entered: 04/25/2019) |
| 04/25/2019 | 73 | | STATUS REPORT *Re: Motion to Withdraw as Counsel (ECF No. 70)* by VIOREL MICULA. (Newcomb, Danforth) (Entered: 04/25/2019) |
| 06/19/2019 | 74 | | NOTICE OF SUPPLEMENTAL AUTHORITY by IOAN MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L. (Attachments: # 1 Exhibit A)(Vasquez, Francis) (Entered: 06/19/2019) |
| 06/21/2019 | 75 | | ORDER. On December 11, 2018, Respondent Government of Romania asked the court to stay this litigation until the Court of Justice of the European Union ("CJEU") issued a ruling in two related matters. The CJEU issued its ruling in those cases on June 19, 2019. See Petitioners' Notice of Supplemental Authority in Support of Petitioners' Motion for Judgment on The Pleadings, ECF No. 74 , Ex. A, ECF No. 74−1. Romania's Motion for Stay, ECF No. 57 , is therefore denied as moot. Additionally, the court denies the Motion for Extension of Time, ECF No. 58 , and the Motion to Strike, ECF No. 65 . The court will treat arguments made by Respondent in its various pleadings as its opposition to the Petitioners' Motion for Judgment on the Pleadings or in the Alternative Motion for Summary Judgment, ECF No. 55 . Respondent may file by July 5, 2019, any response to Petitioner's Notice of Supplemental Authority. The European Commission also may do so by the same date. See attached Order for additional details. Signed by Judge Amit P. Mehta on 6/21/2019. (lcapm2) (Entered: 06/21/2019) |
| 06/21/2019 | | | Set/Reset Deadlines: Responses due by 7/5/2019. (zjd) (Entered: 06/25/2019) |
| 07/05/2019 | 76 | | RESPONSE re 74 NOTICE OF SUPPLEMENTAL AUTHORITY filed by EUROPEAN COMMISSION. (Stetson, Catherine) (Entered: 07/05/2019) |
| 07/05/2019 | 77 | | RESPONSE *MEMORANDUM RESPONDING TO 74 NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PETITIONERS' MOTION FOR JUGMENT ON THE PLEADINGS OR IN THE ALTERNATIVE, SUMMARY JUDGMENT, AND IN OPPOSITION TO ROMANIA'S MOTION TO STAY* filed by GOVERNMENT OF ROMANIA. (Salajanu, Ioana) Modified text and added docket entry relationship on 7/8/2019 (tth). (Entered: 07/05/2019) |
| 07/05/2019 | 78 | | STRICKEN PURSUANT TO MINUTE ORDER FILED 7/9/2019.....ERRATA re 77 Response to Document, *MEMORANDUM RESPONDING TO NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PETITIONERS' MOTION FOR JUGMENT ON THE PLEADINGS OR IN THE ALTERNATIVE, SUMMARY JUDGMENT, AND IN OPPOSITION TO ROMANIA'S MOTION TO STAY* filed by GOVERNMENT OF ROMANIA. (Attachments: # 1 Exhibit Ex 1 Award, # 2 Exhibit EX 2 Decision, # 3 Exhibit Ex 3 Achmea Judgment, # 4 Exhibit Ex 4 Commission Opinion on Achmea, # 5 Exhibit Ex 5June 18 Order, # 6 Exhibit Ex 6 Vilaia Declaration, # 7 Exhibit Ex 7 Gyori Declaration, # 8 Exhibit Ex 8 Bufan 2016, # 9 Exhibit Ex 9 Bufan 2018, # 10 Exhibit Ex 10 Liviu Pop, # 11 Exhibit Ex 11 RCC ruling)(Salajanu, Ioana); Modified event and text on 7/8/2019 (tth). Modified on 7/12/2019 (zjd). (Entered: 07/05/2019) |
| 07/08/2019 | | | NOTICE OF ERROR re 77 Response to Document; emailed to sedeidu@yahoo.com, cc'd 12 associated attorneys −− The PDF file you docketed contained errors: 1. Please do not refile documents. In future, the entire entry should not be capitalized. (ztth, ) (Entered: 07/08/2019) |

| 07/09/2019 | | MINUTE ORDER. Respondent's Memorandum of Law, ECF No. 78 , is hereby stricken. Respondent's brief and numerous exhibits go well beyond the court's limited invitation to respond to the Petitioner's Notice of Supplemental Authority. Respondent may re−file its Memorandum stripped of all redundant, non−responsive arguments and exhibits by July 12, 2019. Respondent's Memorandum shall be no more than ten double−spaced pages in length. Petitioners may reply to the supplemental briefings of Respondent and Amicus by July 26, 2019. Petitioner's reply shall be no more than ten double−spaced pages. Signed by Judge Amit P. Mehta on 7/9/2019. (lcapm2) (Entered: 07/09/2019) |
|---|---|---|
| 07/09/2019 | | Set/Reset Deadlines: Respondent's Memorandum of Law due by 7/12/2019. Petitioners' Reply due by 7/26/2019. (zjd) (Entered: 07/11/2019) |
| 07/12/2019 | 79 | RESPONSE re 74 NOTICE OF SUPPLEMENTAL AUTHORITY filed by GOVERNMENT OF ROMANIA. (Attachments: # 1 Exhibit 1 − Dana Vilaia Declaration)(Salajanu, Ioana) (Entered: 07/12/2019) |
| 07/24/2019 | 80 | NOTICE of Appearance by John William Lomas, Jr on behalf of VIOREL MICULA (Lomas, John) (Entered: 07/24/2019) |
| 07/24/2019 | 81 | NOTICE of Appearance by Daniel G. Morris on behalf of VIOREL MICULA (Morris, Daniel) (Entered: 07/24/2019) |
| 07/26/2019 | 82 | REPLY re 74 NOTICE OF SUPPLEMENTAL AUTHORITY filed by IOAN MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Attachments: # 1 Declaration of Sir Nicholas Forwood Q.C. in Support of Petitioners' Reply in Support of Notice of Supplemental Authority)(Vasquez, Francis) (Entered: 07/26/2019) |
| 07/26/2019 | 83 | NOTICE *of Joinder* by VIOREL MICULA re 74 NOTICE OF SUPPLEMENTAL AUTHORITY, 82 Reply to Document, (Lomas, John) (Entered: 07/26/2019) |
| 09/05/2019 | 84 | NOTICE OF SUPPLEMENTAL AUTHORITY by EUROPEAN COMMISSION (Stetson, Catherine) (Entered: 09/05/2019) |
| 09/09/2019 | 85 | RESPONSE re 84 NOTICE OF SUPPLEMENTAL AUTHORITY */ Response of Petitioners to Amicus Curiae the European Commission's Notice of Supplemental Authority* filed by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Attachments: # 1 Exhibit A)(Vasquez, Francis) (Entered: 09/09/2019) |
| 09/11/2019 | 86 | MEMORANDUM OPINION granting 55 Plaintiffs' Motion for Judgment on the Pleadings or, In the Alternative, Summary Judgment. See attached Memorandum Opinion for additional details. Signed by Judge Amit P. Mehta on 09/11/2019. (lcapm2) (Entered: 09/11/2019) |
| 09/18/2019 | 87 | NOTICE *of Petitioners Regarding Proposed Order and Final Judgment* by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L. re 86 Order on Motion for Judgment on the Pleadings, Order on Motion for Summary Judgment (Attachments: # 1 Exhibit A − Text of Proposed Order and Final Judgment, # 2 Exhibit B − The Brattle Group Report)(Vasquez, Francis) (Entered: 09/18/2019) |

| | | |
|---|---|---|
| 09/20/2019 | 88 | ORDER AND FINAL JUDGMENT in favor of Petitioners. See attached Order for additional details. Signed by Judge Amit P. Mehta on 09/20/2019. (lcapm2) (Entered: 09/20/2019) |
| 10/09/2019 | 89 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 88 Order, 86 Order on Motion for Judgment on the Pleadings, Order on Motion for Summary Judgment by GOVERNMENT OF ROMANIA. Filing fee $ 505, receipt number ADCDC−6436771. Fee Status: Fee Paid. Parties have been notified. (Salajanu, Ioana) (Entered: 10/09/2019) |
| 10/10/2019 | 90 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 89 Notice of Appeal to DC Circuit Court. (znmw) (Entered: 10/10/2019) |
| 10/11/2019 | | USCA Case Number 19−7127 for 89 Notice of Appeal to DC Circuit Court, filed by GOVERNMENT OF ROMANIA. (zrdj) (Entered: 10/16/2019) |
| 11/06/2019 | 91 | TRANSCRIPT OF STATUS CONFERENCE HEARING PROCEEDINGS before Judge Amit P. Mehta held on December 20, 2018; Page Numbers: 1−34. Date of Issuance: November 6, 2019. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchas ed from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/27/2019. Redacted Transcript Deadline set for 12/7/2019. Release of Transcript Restriction set for 2/4/2020.(wz) (Entered: 11/06/2019) |
| 11/13/2019 | 92 | ENTERED IN ERROR.....MOTION to Stay re 88 Order *and Stay Discovery*, MOTION for Waiver *of Supresedeas Bond* by GOVERNMENT OF ROMANIA (Salajanu, Ioana) Modified on 11/14/2019 (zjf). (Entered: 11/13/2019) |
| 11/13/2019 | 93 | ENTERED IN ERROR.....MEMORANDUM re 92 MOTION to Stay re 88 Order *and Stay Discovery* MOTION for Waiver *of Supresedeas Bond* filed by GOVERNMENT OF ROMANIA by GOVERNMENT OF ROMANIA. (Attachments: # 1 Exhibit A − Notice of Appeal, # 2 Exhibit B − communication from EC as an evidence of penalties which EC can impose on a breaching member state, # 3 Exhibit C − Notice from EC to commence infringement action against Romania, # 4 Exhibit D − UK High Court Order, # 5 Exhibit E − Communication from EC counsel, # 6 Exhibit F − |

| | | |
|---|---|---|
| | | Communication from EC counsel to UK court, # 7 Exhibit G − Supreme Court of UK Order, # 8 Exhibit H − communication from EC counsel re State Aid, # 9 Exhibit I − communication from EC counsel)(Salajanu, Ioana) Modified on 11/14/2019 (zjf). (Entered: 11/13/2019) |
| 11/13/2019 | 94 | Amended MOTION to Stay re 88 Order *and Stay Discovery*, Amended MOTION for Waiver *of Supersedeas Bond* by GOVERNMENT OF ROMANIA (Salajanu, Ioana) (Entered: 11/13/2019) |
| 11/13/2019 | 95 | MEMORANDUM re 94 Amended MOTION to Stay re 88 Order *and Stay Discovery*Amended MOTION for Waiver *of Supersedeas Bond* filed by GOVERNMENT OF ROMANIA by GOVERNMENT OF ROMANIA. (Attachments: # 1 Exhibit A − Notice of Appeal, # 2 Exhibit B − Communication from EC re penalties, # 3 Exhibit C − EC Press Release, # 4 Exhibit D − UK Order Staying but Requiring Bond September 10, 2019, # 5 Exhibit E − communication from EC counsel re State Aid, # 6 Exhibit F − UK Supreme Court October 10, 2019 staying posting of bond)(Salajanu, Ioana) (Entered: 11/13/2019) |
| 11/14/2019 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 92 MOTION to Stay re 88 Order *and Stay Discovery* MOTION for Waiver *of Supresedeas Bond*, 93 Memorandum, was entered in error and refiled by counsel.(See Docket Entry 94 95 to view document)(jf) (Entered: 11/14/2019) |
| 11/27/2019 | 96 | Memorandum in opposition to re 94 Amended MOTION to Stay re 88 Order *and Stay Discovery*Amended MOTION for Waiver *of Supersedeas Bond* filed by IOAN MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Attachments: # 1 Declaration of Francis A. Vasquez, Jr, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Text of Proposed Order)(Vasquez, Francis) (Entered: 11/27/2019) |
| 11/27/2019 | 97 | MOTION for Order */ Petitioner's Motion for an Order Pursuant to 28 U.S.C. § 1610(c)* by IOAN MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Vasquez, Francis) (Entered: 11/27/2019) |
| 12/02/2019 | 98 | MOTION to Compel */ Petitioners' Motion to Compel Romania to Answer Post−Judgment Interrogatories* by IOAN MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Francis A. Vasquez, Jr., # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Text of Proposed Order)(Vasquez, Francis) (Entered: 12/02/2019) |
| 12/02/2019 | 99 | NOTICE OF SUPPLEMENTAL AUTHORITY by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L. (Attachments: # 1 Exhibit 1)(Vasquez, Francis) (Entered: 12/02/2019) |
| 12/04/2019 | 100 | Unopposed MOTION for Extension of Time to File Response/Reply *in Support of Amended Motion to Stay Enforcement of Judgment and Discovery Pending Appeal and Motion to Waive Supersedeas Bond Requirement* by GOVERNMENT OF ROMANIA (Attachments: # 1 Exhibit A − Emails agreeing to extension request, # 2 Exhibit b − Proposed Order granting |

| | | | |
|---|---|---|---|
| | | | motion)(Salajanu, Ioana) (Entered: 12/04/2019) |
| 12/05/2019 | | | MINUTE ORDER granting 100 Motion for Extension of Time to File Reply. Defendant shall file its Reply on or before December 6, 2019. Signed by Judge Amit P. Mehta on 12/5/2019. (lcapm2) (Entered: 12/05/2019) |
| 12/05/2019 | | | Set/Reset Deadlines: Reply due by 12/6/2019. (zjd) (Entered: 12/06/2019) |
| 12/06/2019 | 101 | | REPLY to opposition to motion re 94 Amended MOTION to Stay re 88 Order *and Stay Discovery*Amended MOTION for Waiver *of Supersedeas Bond* filed by GOVERNMENT OF ROMANIA. (Salajanu, Ioana) (Entered: 12/06/2019) |
| 12/11/2019 | 102 | | Memorandum in opposition to re 97 MOTION for Order */ Petitioner's Motion for an Order Pursuant to 28 U.S.C. § 1610(c)* filed by GOVERNMENT OF ROMANIA. (Attachments: # 1 Exhibit A − Dana Vilaia Declaration, # 2 Exhibit 1 to Vilaia Declaration − October 21, 2019 BCA Ruling for the Decision 1483A/2019, # 3 Exhibit 3 to Vilaia Declaration − Stay and Waiver of Bond, # 4 Exhibit 4 to Vilaia Declaration − Mazilu payment notification, # 5 Exhibit 5 to Vilaia Declaration − ELF Report)(Salajanu, Ioana) (Entered: 12/11/2019) |
| 12/12/2019 | 103 | | LARGE ADDITIONAL ATTACHMENT(S) *(Exhibit 2 to Dana Vilaia Declaration − filed herein in four (4) parts)* by GOVERNMENT OF ROMANIA 102 Memorandum in Opposition,, filed by GOVERNMENT OF ROMANIA. (Attachments: # 1 Exhibit 2(a) to Vilaia Declaration − Mazilu Final Report (part 1), # 2 Exhibit 2(b) to Vilaia Declaration − Mazilu Final Report (part 2), # 3 Exhibit 2(c) to Vilaia Declaration − Mazilu Final Report (part 3), # 4 Exhibit 2(d) to Vilaia Declaration − Mazilu Final Report (part 4))(Salajanu, Ioana) (Entered: 12/12/2019) |
| 12/16/2019 | 104 | | Memorandum in opposition to re 98 MOTION to Compel */ Petitioners' Motion to Compel Romania to Answer Post−Judgment Interrogatories* filed by GOVERNMENT OF ROMANIA. (Attachments: # 1 Exhibit A − Dana Vilaia Declaration, # 2 Exhibit 1 to Dana Vilaia Declaration − Mazilu Final Report (part 1), # 3 Exhibit 1 to Dana Vilaia Declaration − Mazilu Final Report (part 2), # 4 Exhibit 2 to Dana Vilaia Declaration − Mazilu Payment Notification, # 5 Exhibit 3 to Dana Vilaia Declaration − Government Decision No. 917/2019, # 6 Exhibit 4 to Dana Vilaia Declaration − Payments Made to Petitioners by Romania on December 13, 2019, # 7 Exhibit 5 to Dana Vilaia Declaration − Viorel Micula Declaration re Payment, # 8 Exhibit 6 to Dana Vilaia Declaration − ELF Report, # 9 Exhibit 7 to Dana Vilaia Declaration − BCA Decision 1483A/2019)(Salajanu, Ioana) (Entered: 12/16/2019) |
| 12/17/2019 | 105 | | NOTICE of Appearance by Hansel Tuan Pham on behalf of IOAN MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L. (Pham, Hansel) (Entered: 12/17/2019) |
| 12/18/2019 | 106 | | REPLY to opposition to motion re 97 MOTION for Order */ Petitioner's Motion for an Order Pursuant to 28 U.S.C. § 1610(c)* filed by IOAN MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Pham, Hansel) (Entered: 12/18/2019) |
| 12/23/2019 | 107 | | REPLY to opposition to motion re 98 MOTION to Compel */ Petitioners' Motion to Compel Romania to Answer Post−Judgment Interrogatories* filed by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. |

| | | |
|---|---|---|
| | | MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Attachments: # 1 Declaration of Hansel T. Pham in Support of Petitioners' Reply in Support of Their Motion to Compel Romania to Answer Post−Judgment Interrogatories, # 2 Exhibit 1 to Pham Declaration, # 3 Exhibit 2 to Pham Declaration)(Pham, Hansel) (Entered: 12/23/2019) |
| 12/26/2019 | 108 | Unopposed MOTION for Leave to File *Sur−Reply In Opposition to Petitioners' Motion for An Order Pursuant to 28 U.S.C. 1610 (c)* by GOVERNMENT OF ROMANIA (Attachments: # 1 Exhibit A−Proposed Sur−Reply, # 2 Exhibit B−Proposed Order)(Salajanu, Ioana) (Entered: 12/26/2019) |
| 12/27/2019 | | MINUTE ORDER granting 108 Petitioners' Unopposed Motion for Leave to File Sur−Reply. Signed by Judge Amit P. Mehta on 12/27/2019. (lcapm2) (Entered: 12/27/2019) |
| 12/30/2019 | 110 | MOTION for Leave to File *Refile Exhibit A to the Government of Romanias Sur−Reply In Opposition to Petitioners Motion for an Order Pursuant to 28 U.S.C. § 1610(c) (ECF No. 109−1 through 109−12), Which Has Been Temporarily Sealed, With Redacted Exhibits to Exhibit A and Motion to Permanently Seal Exhibit A* by GOVERNMENT OF ROMANIA (Attachments: # 1 Exhibit Exhibit 1− Declaration of Ioana Salajanu, # 2 Exhibit Exhibit 2− Proposed Order)(Salajanu, Ioana) (Entered: 12/30/2019) |
| 12/30/2019 | 111 | MOTION for Leave to File *Sur−Reply In Opposition to Petitioners' Motion to Compel Romania to Answer Post−Judgment Interrogatories* by GOVERNMENT OF ROMANIA (Attachments: # 1 Exhibit Exhibit A − Sur Reply to Government of Romania's Opposition to Petitioners'Motion to Compel Romania to Answer Post−Judgment Interrogatories, # 2 Exhibit Exhibit B− Proposed Order)(Salajanu, Ioana) (Entered: 12/31/2019) |
| 01/14/2020 | 112 | Memorandum in opposition to re 111 MOTION for Leave to File *Sur−Reply In Opposition to Petitioners' Motion to Compel Romania to Answer Post−Judgment Interrogatories* filed by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Pham, Hansel) (Entered: 01/14/2020) |
| 01/14/2020 | 113 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Jacqueline L. Chung, Filing fee $ 100, receipt number ADCDC−6732784. Fee Status: Fee Paid. by IOAN MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L. (Attachments: # 1 Declaration of Jacqueline L. Chung in Support of Motion for Admission of Attorney Pro Hac Vice, # 2 Text of Proposed Order)(Pham, Hansel) (Entered: 01/14/2020) |
| 01/14/2020 | 114 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Laura A. Grai, Filing fee $ 100, receipt number ADCDC−6732793. Fee Status: Fee Paid. by IOAN MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L. (Attachments: # 1 Declaration of Laura A. Grai in Support of Motion for Admission of Attorney Pro Hac Vice, # 2 Text of Proposed Order)(Pham, Hansel) (Entered: 01/14/2020) |
| 01/14/2020 | | MINUTE ORDER granting 113 Motion for Leave to Appear Pro Hac Vice. Jacqueline L. Chung is hereby admitted pro hac vice to appear in this matter on behalf of Petitioners. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Amit P. Mehta on 01/14/2020. (lcapm2) |

| | | | |
|---|---|---|---|
| | | | (Entered: 01/14/2020) |
| 01/14/2020 | | | MINUTE ORDER granting 114 Motion for Leave to Appear Pro Hac Vice. Laura A. Grai is hereby admitted pro hac vice to appear in this matter on behalf of Petitioners. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Amit P. Mehta on 01/14/2020. (lcapm2) (Entered: 01/14/2020) |
| 01/15/2020 | 115 | | NOTICE of Appearance by Laura Grai on behalf of IOAN MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L. (Grai, Laura) (Entered: 01/15/2020) |
| 01/17/2020 | 116 | | NOTICE of Appearance by Jacqueline L. Chung on behalf of IOAN MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L. (Chung, Jacqueline) (Entered: 01/17/2020) |
| 01/21/2020 | 117 | | REPLY to opposition to motion re 111 MOTION for Leave to File *Sur−Reply In Opposition to Petitioners' Motion to Compel Romania to Answer Post−Judgment Interrogatories* filed by GOVERNMENT OF ROMANIA. (Attachments: # 1 Exhibit A − Dana Vilaia Declaration, # 2 Exhibit Exhibit 1 to Dana Vilaia Declaration (Viorel Micula Declaration), # 3 Exhibit Exhibit 2 to Dana Vilaia Declaration (Mazilu notification for disbursement), # 4 Exhibit Exhibit 3 to Dana Vilaia Declaration (Stela Anton Report on interest), # 5 Exhibit Exhibit 4 to Dana Vilaia Declaration (Mazilu Decision and Notification for payment of interest), # 6 Exhibit Exhibit 5 to Dana Vilaia Declaration (Romania's Payment of Interest), # 7 Exhibit Exhibit 6 to Dana Vilaia Declaration (Mazilu Closure of Execution File 22_2014))(Salajanu, Ioana) (Entered: 01/21/2020) |
| 02/13/2020 | 118 | | ORDER denying 94 Respondent's Amended Motion to Stay Enforcement of Judgment and Discovery Pending Appeal and Motion to Waive Supersedeas Bond Requirement. See attached Order for additional details. Signed by Judge Amit P. Mehta on 02/13/2020. (lcapm2) (Entered: 02/13/2020) |
| 02/13/2020 | 119 | | ORDER regarding 97 Petitioners' Motion for an Order Pursuant to 28 U.S.C. § 1610(c) and 98 Petitioners' Motion to Compel Romania to Answer Post−Judgment Interrogatories. The parties shall appear for a hearing to discuss further proceedings in this matter on March 6, 2020, at 11:15 a.m. in Courtroom 10. See attached Order for additional details. Signed by Judge Amit P. Mehta on 02/13/2020. (lcapm2) (Entered: 02/13/2020) |
| 02/14/2020 | 120 | | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests */ Corrected Rule 7.1 Statement* by IOAN MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L. (Pham, Hansel) (Entered: 02/14/2020) |
| 02/18/2020 | | | Set/Reset Deadlines/Hearings: Memoranda due by 3/3/2020. Motion Hearing set for 3/6/2020 at 11:15 AM in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 02/18/2020) |
| 02/18/2020 | 121 | | Consent MOTION to Reschedule Status Conference by IOAN MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L. (Pham, Hansel) (Entered: 02/18/2020) |
| 02/19/2020 | | | |

| | | |
|---|---|---|
| | | MINUTE ORDER granting 121 Motion to Reschedule Status Conference. The Status Conference scheduled for March 6, 2020, is hereby rescheduled for March 9, 2020, at 1:30 p.m. in Courtroom 10. Signed by Judge Amit P. Metha on 02/19/2020. (lcapm2) (Entered: 02/19/2020) |
| 02/19/2020 | | Set/Reset Hearings: Status Conference set for 3/9/2020 at 1:30 PM in Courtroom 10 before Judge Amit P. Mehta. (zjch) (Entered: 02/19/2020) |
| 03/02/2020 | 122 | MOTION to Withdraw as Attorney by EUROPEAN COMMISSION (Attachments: # 1 Text of Proposed Order)(Stetson, Catherine) (Entered: 03/02/2020) |
| 03/03/2020 | 123 | NOTICE of Appearance by Drew William Marrocco on behalf of VIOREL MICULA (Marrocco, Drew) (Entered: 03/03/2020) |
| 03/03/2020 | 124 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Anthony B. Ullman, Filing fee $ 100, receipt number ADCDC−6885352. Fee Status: Fee Paid. by VIOREL MICULA (Attachments: # 1 Declaration of Anthony B. Ullman, # 2 Text of Proposed Order)(Marrocco, Drew) (Entered: 03/03/2020) |
| 03/03/2020 | 125 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Catharine Luo, Filing fee $ 100, receipt number ADCDC−6885400. Fee Status: Fee Paid. by VIOREL MICULA (Attachments: # 1 Declaration of Catharine Luo, # 2 Text of Proposed Order)(Marrocco, Drew) (Entered: 03/03/2020) |
| 03/03/2020 | 126 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− John J. Hay, Filing fee $ 100, receipt number ADCDC−6885492. Fee Status: Fee Paid. by VIOREL MICULA (Attachments: # 1 Declaration of John J. Hay, # 2 Text of Proposed Order)(Marrocco, Drew) (Entered: 03/03/2020) |
| 03/03/2020 | | MINUTE ORDER granting 125 Motion for Leave to Appear Pro Hac Vice. Catharine Luo is hereby admitted pro hac vice to appear in this matter on behalf of Plaintiffs. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Amit P. Mehta on 03/03/2020. (lcapm2) Modified on 3/3/2020 (lcapm2). (Entered: 03/03/2020) |
| 03/03/2020 | | MINUTE ORDER granting 124 Motion for Leave to Appear Pro Hac Vice. Anthony B. Ullman is hereby admitted pro hac vice to appear in this matter on behalf of Plaintiffs. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Amit P. Mehta on 03/03/2020. (lcapm2) (Entered: 03/03/2020) |
| 03/03/2020 | | MINUTE ORDER granting 126 Motion for Leave to Appear Pro Hac Vice. John J. Hay is hereby admitted pro hac vice to appear in this matter on behalf of Plaintiffs. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Amit P. Mehta on 03/03/2020. (lcapm2) (Entered: 03/03/2020) |
| 03/03/2020 | 127 | MEMORANDUM re 119 Order, by IOAN MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Pham, Hansel) (Entered: 03/03/2020) |
| 03/04/2020 | 128 | NOTICE of Appearance by Catharine Luo on behalf of VIOREL MICULA (Luo, Catharine) (Entered: 03/04/2020) |

| 03/04/2020 | 129 | | NOTICE of Appearance by Anthony Ullman on behalf of VIOREL MICULA (Ullman, Anthony) (Entered: 03/04/2020) |
|---|---|---|---|
| 03/04/2020 | 130 | | NOTICE of Appearance by John Hay on behalf of VIOREL MICULA (Hay, John) (Entered: 03/04/2020) |
| 03/06/2020 | 131 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to VIOREL MICULA. Attorney John William Lomas, Jr terminated. (Marrocco, Drew) (Entered: 03/06/2020) |
| 03/06/2020 | 132 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to VIOREL MICULA. Attorney Daniel G. Morris terminated. (Marrocco, Drew) (Entered: 03/06/2020) |
| 03/09/2020 | | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 3/9/2020. (Court Reporter: William Zaremba) (zjd) (Entered: 03/09/2020) |
| 03/10/2020 | | | MINUTE ORDER granting 122 Motion to Withdraw as Attorney. The appearances of Catherine E. Stetson and Mitchell P. Reich are hereby withdrawn. Signed by Judge Amit P. Mehta on 03/10/2020. (lcapm2) (Entered: 03/10/2020) |
| 03/11/2020 | 133 | | ORDER granting 98 Petitioners' Motion to Compel Romania to Answer Post−Judgment Interrogatories and Petitioners' request for fees and costs. See attached Order for further details. Signed by Judge Amit P. Mehta on 03/11/2020. (lcapm2) (Entered: 03/11/2020) |
| 03/11/2020 | 134 | | ORDER granting 97 Petitioners' Motion for an Order Pursuant to 28 U.S.C. § 1610(c). See attached Order for further details. Signed by Judge Amit P. Mehta on 03/11/2020. (lcapm2) (Entered: 03/11/2020) |
| 03/12/2020 | 135 | | TRANSCRIPT OF STATUS CONFERENCE HEARING PROCEEDINGS before Judge Amit P. Mehta held on March 9, 2020; Page Numbers: 1−23. Date of Issuance: March 12, 2020. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form  For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased fro m the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.  **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.  Redaction Request due 4/2/2020. Redacted Transcript Deadline set for 4/12/2020. Release of Transcript Restriction set for 6/10/2020.(wz) (Entered: 03/12/2020) |
| 03/16/2020 | 136 | | |

| | | |
|---|---|---|
| | | ENTERED IN ERROR.....MOTION for Bill of Costs *Petitioners' Bill of Costs* by IOAN MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L. (Attachments: # 1 Declaration of Hansel Pham in Support of Petitioners' Bill of Fees and Costs, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Declaration of Anthony B. Ullman in Support of Petitioners' Bill of Fees and Costs, # 5 Exhibit 1)(Pham, Hansel) Modified on 3/23/2020 (eg). (Entered: 03/16/2020) |
| 03/23/2020 | | NOTICE OF CORRECTED DOCKET ENTRY: re 136 MOTION for Bill of Costs *Petitioners' Bill of Costs* was entered in error and counsel was instructed to refile said pleading using correct docket event. (eg) (Entered: 03/23/2020) |
| 03/23/2020 | 137 | MEMORANDUM in Support of Attorney Fees and Costs by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. Objection to Bill of Costs due by 4/9/2020. (Attachments: # 1 Declaration of Hansel T. Pham in Support of Petitioners' Bill of Fees and Costs, # 2 Exhibit 1 to Pham Declaration, # 3 Exhibit 2 to Pham Declaration, # 4 Declaration of Anthony B. Ullman in Support of Petitioners' Bill of Fees and Costs, # 5 Exhibit 1 to Ullman Declaration)(Pham, Hansel) Modified on event title 10/3/2022 (znmw). (Entered: 03/23/2020) |
| 03/30/2020 | 138 | MOTION for Relief from Judgment by GOVERNMENT OF ROMANIA (Attachments: # 1 Exhibit A − Dana Vilaia Declaration, # 2 Exhibit 1 to Vilaia Declaration − BCA Decision 1483A/2019, # 3 Exhibit 2 to Vilaia Declaration − Mazilu Final Report, # 4 Exhibit 3 to Vilaia Declaration − Romania's Payments to Petitioners, # 5 Exhibit 4 to Vilaia Declaration − Updated Mazilu Report, # 6 Exhibit 5 to Vilaia Declaration − Romania Payment of Interest, # 7 Exhibit 6 to Vilaia Declaration − Mazilu Closure of Execution File 22−2014, # 8 Exhibit 7 to Vilaia Declaration − Viorel Micula Declaration, # 9 Exhibit 8 to Vilaia Declaration − Belgium Bailiff Closing Letter, # 10 Exhibit 9 to Vilaia Declaration − EC Letter, # 11 Exhibit 10 to Vilaia Declaration − UK Order Bond Waiver, # 12 Exhibit 11 to Vilaia Declaration − NAFA Report European Food, # 13 Exhibit 12 to Vilaia Declaration − Written Conclusions High Court of Justice, # 14 Exhibit B − District Court Opinion, # 15 Exhibit C − District Court Judgment, # 16 Text of Proposed Order Proposed Order on Rule 60(b)(5) Motion)(Salajanu, Ioana) (Entered: 03/30/2020) |
| 04/02/2020 | 139 | ERRATA *Correcting Inadvertent Filing of Memorandum in Support of Motion for Relief from Judgment as Motion for Relief from Judgment* by GOVERNMENT OF ROMANIA 138 MOTION for Relief from Judgment filed by GOVERNMENT OF ROMANIA. (Attachments: # 1 Exhibit 1 − Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(5) dated March 30, 2020)(Salajanu, Ioana) (Entered: 04/02/2020) |
| 04/09/2020 | 140 | MOTION for Reconsideration re 133 Order on Motion to Compel *Or, In the Alternative, Objection to Bill of Costs*, MOTION for New Trial by GOVERNMENT OF ROMANIA (Salajanu, Ioana) (Entered: 04/09/2020) |
| 04/09/2020 | 141 | SUPPLEMENTAL MEMORANDUM to re 140 MOTION for Reconsideration re 133 Order on Motion to Compel *Or, In the Alternative, Objection to Bill of Costs* MOTION for New Trial filed by GOVERNMENT OF ROMANIA. (Attachments: # 1 Exhibit A − Transcript March 9 2020, # 2 Exhibit B − USAO Laffey Matrix)(Salajanu, Ioana) (Entered: 04/09/2020) |

| 04/09/2020 | 142 | RESPONSE re 137 Bill of Costs, filed by GOVERNMENT OF ROMANIA. (Attachments: # 1 Exhibit A − Transcript March 9 2020, # 2 Exhibit B − USAO Laffey Matrix)(Salajanu, Ioana) Modified event title on 4/13/2020 (znmw). (Entered: 04/09/2020) |
|---|---|---|
| 04/13/2020 | 143 | RESPONSE re 138 MOTION for Relief from Judgment *Petitioner's Opposition to Romania's Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(B)(5)* filed by IOAN MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Attachments: # 1 Declaration of Hansel T. Pham in Support of Petitioners' Opposition to Romania's Motion for Relief from Judgment, # 2 Exhibit 1 to Pham Declaration, # 3 Exhibit 2 to Pham Declaration, # 4 Exhibit 3 to Pham Declaration, # 5 Exhibit 5 to Pham Declaration, # 6 Exhibit 5 to Pham Declaration, # 7 Declaration of Hakim Boularbah, # 8 Exhibit 1 to Boularbah Declaration, # 9 Text of Proposed Order)(Pham, Hansel) (Entered: 04/13/2020) |
| 04/13/2020 | 144 | Memorandum in opposition to re 138 MOTION for Relief from Judgment / *Petitioiner's Opposition to Romania's Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(B(5)* filed by IOAN MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Attachments: # 1 Declaration of Hansel T. Pham in Support of Petitioners' Opposition to Romania's Motion for Relief from Judgment, # 2 Exhibit 1 − to Pham Declaration, # 3 Exhibit 2 − to Pham Declaration, # 4 Exhibit 3 − to Pham Declaration, # 5 Exhibit 4 − to Pham Declaration, # 6 Exhibit 5 −to Pham Declaration, # 7 Declaration of Hakim Boularbah, # 8 Exhibit 1 − Boularbah Declaration, # 9 Text of Proposed Order)(Pham, Hansel) (Entered: 04/13/2020) |
| 04/15/2020 | 145 | Consent MOTION *to Stipulate to Briefing Schedule* by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L. (Attachments: # 1 Joint Stipulation and Proposed Order)(Pham, Hansel) (Entered: 04/15/2020) |
| 04/15/2020 | 146 | ORDER granting 145 Motion to Stipulate to Briefing Schedule. Petitioners shall file their opposition to 140 Respondent's Motion to Reconsider and their reply in support of 137 Petitioner's Bill of Costs on or before April 23, 2020. Respondent shall file its reply in support of its 138 Motion for Relief from Judgment on or before April 27, 2020, and it shall file its reply in support of its 140 Motion to Reconsider on or before April 30, 2020. See attached Order for further details. Signed by Judge Amit P. Mehta on 04/15/2020. (lcapm2) (Entered: 04/15/2020) |
| 04/15/2020 | | Set/Reset Deadlines: Petitioners' Opposition and Reply due by 4/23/2020. Respondent's Reply in Support of 138 Motion due by 4/27/2020. Respondent's Reply in Support of 140 Motion due by 4/30/2020. (zjd) (Entered: 04/16/2020) |
| 04/23/2020 | 147 | Memorandum in opposition to re 140 MOTION for Reconsideration re 133 Order on Motion to Compel *Or, In the Alternative, Objection to Bill of Costs* MOTION for New Trial filed by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Attachments: # 1 Text of Proposed Order)(Pham, Hansel) (Entered: 04/23/2020) |
| 04/23/2020 | 148 | |

|  |  |  |
|---|---|---|
|  |  | REPLY re 137 Bill of Costs, *Petitioners' Reply in Support of Bill of Fees and Costs* filed by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Attachments: # 1 Supplemental Declaration of Hansel T. Pham in Support of Petitioners' Bill of Fees and Costs, # 2 Exhibit 3 to Pham Supplemental Declaration, # 3 Exhibit 4 to Pham Supplemental Declaration, # 4 Exhibit 5 to Pham Supplemental Declaration, # 5 Exhibit 6 to Pham Supplemental Declaration, # 6 Exhibit 7 to Pham Supplemental Declaration, # 7 Supplemental Declaration of Anthony B. Ullman in Support of Petitioners' Bill of Fees and Costs, # 8 Exhibit 1 to Ullman Supplemental Declaration, # 9 Exhibit 2 to Ullman Supplemental Declaration)(Pham, Hansel) (Entered: 04/23/2020) |
| 04/27/2020 | 149 | REPLY to opposition to motion re 138 MOTION for Relief from Judgment *Pursuant to Federal Rule of Civil Procedure 60(B)(5)* filed by GOVERNMENT OF ROMANIA. (Attachments: # 1 Exhibit A − Declaration of Dana Vilaia, # 2 Exhibit 1 − to Vilaia Declaration (OCA Decision))(Salajanu, Ioana) (Entered: 04/27/2020) |
| 04/30/2020 | 150 | REPLY to opposition to motion re 140 MOTION for Reconsideration re 133 Order on Motion to Compel *Or, In the Alternative, Objection to Bill of Costs* MOTION for New Trial filed by GOVERNMENT OF ROMANIA. (Attachments: # 1 Exhibit Group Exhibit A (Blanchard and Beckerman Articles))(Salajanu, Ioana) (Entered: 04/30/2020) |
| 06/04/2020 | 151 | MOTION for Sanctions, MOTION for Civil Contempt Order by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L. (Attachments: # 1 Memorandum in Support of Motion, # 2 Affidavit of H. Pham with Exhibits 1−9, # 3 Text of Proposed Order)(Vasquez, Francis). Added MOTION for Order on 6/5/2020 (zeg). (Entered: 06/04/2020) |
| 06/18/2020 | 152 | Memorandum in opposition to re 151 MOTION for Sanctions MOTION for Order filed by GOVERNMENT OF ROMANIA. (Attachments: # 1 Exhibit A − Declaration of Gheorghe Pecingina), # 2 Exhibit B − Translation of U.S. Ambassador's comments on U.S.−Romania relations)(Salajanu, Ioana) (Entered: 06/18/2020) |
| 06/25/2020 | 153 | REPLY to opposition to motion re 151 MOTION for Sanctions MOTION for Order filed by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Vasquez, Francis) (Entered: 06/25/2020) |
| 06/29/2020 | 154 | MANDATE of USCA as to 89 Notice of Appeal to DC Circuit Court, filed by GOVERNMENT OF ROMANIA ; USCA Case Number 19−7127. (Attachments: # 1 USCA Judgment)(zrdj) (Entered: 06/29/2020) |
| 07/03/2020 | 155 | NOTICE OF SUPPLEMENTAL AUTHORITY by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L. (Vasquez, Francis) (Entered: 07/03/2020) |
| 07/10/2020 | 156 | RESPONSE re 155 NOTICE OF SUPPLEMENTAL AUTHORITY filed by GOVERNMENT OF ROMANIA. (Attachments: # 1 Exhibit A − Communication of Victor Strambeanu, # 2 Exhibit B − Executory decision minutes dated July 7, 2020, # 3 Exhibit C − Executory minutes no. 22/July 6, 2020)(Salajanu, Ioana) (Entered: 07/10/2020) |

| | | | |
|---|---|---|---|
| 09/01/2020 | 157 | | NOTICE OF SUPPLEMENTAL AUTHORITY by GOVERNMENT OF ROMANIA (Attachments: # 1 Exhibit 1 − Declaration of Dana Vilaia, # 2 Exhibit A to Vilaia Declaration − Mazilu Minutes dated July 6, 2020, # 3 Exhibit B to Vilaia Declaration − Mazilu Minutes dated July 7, 2020, # 4 Exhibit C to Vilaia Declaration − Stela Anton Report dated July 13, 2020, # 5 Exhibit D to Vilaia Declaration − Mazilu Minutes dated July 13, 2020, # 6 Exhibit E to Vilaia Declaration − Mazilu Minutes dated July 22, 2020, # 7 Exhibit F to Vilaia Declaration − Stela Anton Updated Report dated July 23, 2020 on interest, # 8 Exhibit G to Vilaia Declaration − Mazilu Minutes dated July 23, 2020 re Stela Anton Updated Interest Report, # 9 Exhibit H to Vilaia Declaration − Payment Order to European Food dated July 22, 2020, # 10 Exhibit I to Vilaia Declaration − Mazilu Minutes dated August 4, 2020 returning the overage amount, # 11 Exhibit J to Vilaia Declaration − Mazilu Minutes dated August 4, 2020 for the termination of the enforcement procedures, # 12 Exhibit K to Vilaia Declaration − Victor Strambeanu email dated Aug 26, 2020 on the total sum paid)(Salajanu, Ioana) (Entered: 09/01/2020) |
| 09/11/2020 | 158 | | RESPONSE re 157 NOTICE OF SUPPLEMENTAL AUTHORITY,,,, filed by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Attachments: # 1 Affidavit of Francis A Vasquez, Jr., # 2 Exhibit 1 to Affidavit of Francis A. Vasquez, Jr.)(Vasquez, Francis) (Entered: 09/11/2020) |
| 11/20/2020 | 159 | | MEMORANDUM OPINION AND ORDER denying 138 Romania's Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(5), and granting 151 Petitioners' Motion for a Civil Contempt Order and Sanctions Against Romania. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 11/20/2020. (lcapm2) (Entered: 11/20/2020) |
| 11/20/2020 | 160 | | ORDER granting in part and denying in part 140 Romania's Motion to Reconsider Order Granting Attorneys' Fees on Motion to Compel, or in the Alternative, Objection to 137 Petitioners' Bill of Costs. The court hereby awards fees and costs as follows: (1) $24,328.80 to counsel for Petitioners Ioan Micula, S.C. European Food S.A., S.C. Starmill S.R.L., and S.C. Multipack S.R.L., and (2) $2,151.42 to counsel for Petitioner Viorel Micula. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 11/20/2020. (lcapm2) (Entered: 11/20/2020) |
| 11/20/2020 | | | VACATED PURSUANT TO MINUTE ORDER FILED 12/3/2020.....MINUTE ORDER to Show Cause why Respondent's Counsel Should Not be Sanctioned. Respondent's counsel shall show cause by December 2, 2020, why they failed to cite or address FG Hemisphere Associates, LLC v. Democratic Republic of Congo, 637 F.3d 373 (D.C. Cir. 2011), in opposition to Petitioners' Motion for Civil Contempt, and instead relied upon the Fifth Circuit's decision in Af−Cap, Inc. v. Republic of Congo, 462 F.3d 417 (5th Cir. 2006), which the D.C. Circuit squarely rejected in FG Hemisphere, 637 F.3d at 379. Signed by Judge Amit P. Mehta on 11/20/2020. (lcapm2) Modified on 12/3/2020 (zjd). (Entered: 11/20/2020) |
| 11/20/2020 | | | Set/Reset Deadlines: Response to Show Cause due by 12/2/2020. (zjd) (Entered: 11/23/2020) |
| 12/02/2020 | 161 | | |

| | | |
|---|---|---|
| | | RESPONSE TO ORDER TO SHOW CAUSE *OF COUNSEL FOR THE GOVERNMENT OF ROMANIA TO THE COURTS ORDER TO SHOW CAUSE* filed by GOVERNMENT OF ROMANIA. (Salajanu, Ioana) Modified docket event/text on 12/3/2020 (eg). (Entered: 12/02/2020) |
| 12/03/2020 | | MINUTE ORDER vacating Minute Order to Show Cause. Counsel's failure to cite FG Hemisphere Associates, LLC v. Democratic Republic of Congo, 637 F.3d 373 (D.C. Cir. 2011), in Romania's opposition brief does not rise to a violation of her duty of candor to the tribunal, because Petitioners already had cited the case. See D.C. Rule of Prof. Conduct 3.3(a)(3). Counsel nevertheless should have cited and addressed the case since she was on notice from Petitioners' motion that the legal contentions asserted in Romania's opposition brief were not "warranted by existing law." Fed. R. Civ. P. 11(b)(2). But the court finds her failure to do so does not warrant sanctions. The Minute Order to Show Cause entered on November 20, 2020, is hereby vacated. Signed by Judge Amit P. Mehta on 12/3/2020. (lcapm2) (Entered: 12/03/2020) |
| 12/04/2020 | 162 | MEMORANDUM in Support of Attorney Fees and Costs by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. Objection to Bill of Costs due by 12/21/2020. (Attachments: # 1 Declaration of Hansel T. Pham in Support of Petitioners' Bill of Fees and Costs, # 2 Exhibit 1 White & Case Time Entries, # 3 Exhibit 2 Fee Chart, # 4 Declaration of Francis A. Vasquez, Jr. in Support of Petitioners' Bill of Fees and Costs, # 5 Exhibit 1 Invoice, # 6 Declaration of Anthony B. Ullman in Support of Petitioners' Bill of Fees and Costs, # 7 Exhibit 1 Invoice)(Vasquez, Francis) Modified event title on 10/3/2022 (znmw). (Entered: 12/04/2020) |
| 12/16/2020 | 163 | RESPONSE re 162 Bill of Costs,, *MEMORANDUM IN SUPPORT OF THE GOVERNMENT OF ROMANIA'S OBJECTION TO PETITIONERS' BILL OF FEES AND COSTS ASSOCIATED WITH SEEKING A CIVIL CONTEMPT ORDER* filed by GOVERNMENT OF ROMANIA. (Salajanu, Ioana) (Entered: 12/16/2020) |
| 12/17/2020 | 164 | NOTICE OF APPEAL TO DC CIRCUIT COURT by GOVERNMENT OF ROMANIA. Filing fee $ 505, receipt number ADCDC−7973014. Fee Status: Fee Paid. Parties have been notified. (Salajanu, Ioana) (Entered: 12/17/2020) |
| 12/18/2020 | 165 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 164 Notice of Appeal to DC Circuit Court. (eg) (Entered: 12/18/2020) |
| 12/21/2020 | | USCA Case Number 20−7116 for 164 Notice of Appeal to DC Circuit Court filed by GOVERNMENT OF ROMANIA. (zjf) (Entered: 12/30/2020) |
| 12/23/2020 | 166 | REPLY *In Support of Bill of Costs 162* filed by IOAN MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Vasquez, Francis) (Entered: 12/23/2020) |
| 07/12/2021 | 167 | MOTION Petitioner's Motion for Judgment on Accrued Sanctions Against Romania by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Francis A. Vasquez, Jr., # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit |

| | | |
|---|---|---|
| | | 6, # <u>9</u> Exhibit 7, # <u>10</u> Exhibit 8, # <u>11</u> Exhibit 9, # <u>12</u> Exhibit 10, # <u>13</u> Text of Proposed Order)(Vasquez, Francis) Modified event on 7/15/2021 (znmw). (Entered: 07/12/2021) |
| 07/26/2021 | <u>168</u> | RESPONSE re <u>167</u> MOTION for Judgment *Government of Romania's Response to Petitioners' Motion for Judgment on Accrued Sanctions Against Romania* filed by GOVERNMENT OF ROMANIA. (Attachments: # <u>1</u> Exhibit A− Declaration of Dana Vilaia in Support of Government of Romania's Response to Petitioners' Motion for Judgment on Accrued Sanctions Against Romania)(Salajanu, Ioana) (Entered: 07/26/2021) |
| 08/02/2021 | <u>169</u> | REPLY to opposition to motion re <u>167</u> MOTION for Judgment filed by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Attachments: # <u>1</u> Exhibit 1)(Vasquez, Francis) (Entered: 08/02/2021) |
| 08/27/2021 | <u>170</u> | MOTION to Stay *Discovery* by GOVERNMENT OF ROMANIA. (Attachments: # <u>1</u> Memorandum in Support, # <u>2</u> Text of Proposed Order)(Salajanu, Ioana) (Entered: 08/27/2021) |
| 09/10/2021 | <u>171</u> | Memorandum in opposition to re <u>170</u> MOTION to Stay *Discovery* filed by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Attachments: # <u>1</u> Declaration of Francis A. Vasquez, Jr. in Support of Petitioners' Opposition to Romania's Motion to Stay and Exhibit 1)(Vasquez, Francis) (Entered: 09/10/2021) |
| 09/17/2021 | <u>172</u> | REPLY to opposition to motion re <u>170</u> MOTION to Stay *Discovery / The Government of Romania's Reply Memorandum of Points and Authorities in Support of its Motion to Stay Discovery* filed by GOVERNMENT OF ROMANIA. (Salajanu, Ioana) (Entered: 09/17/2021) |
| 11/04/2021 | <u>173</u> | NOTICE *to Court* by GOVERNMENT OF ROMANIA (Attachments: # <u>1</u> Exhibit A− Declaration of Dana Vilaia, # <u>2</u> Exhibit 1, # <u>3</u> Exhibit 2, # <u>4</u> Exhibit 3, # <u>5</u> Exhibit 4, # <u>6</u> Exhibit 5, # <u>7</u> Exhibit 6)(Salajanu, Ioana) (Entered: 11/04/2021) |
| 11/08/2021 | <u>174</u> | MEMORANDUM OPINION AND JUDGMENT granting Petitioners' <u>167</u> Motion for Judgment on Accrued Sanctions and denying Respondent's <u>170</u> Motion to Stay Discovery. See attached Memorandum Opinion and Judgment for details. Signed by Judge Amit P. Mehta on 11/8/2021. (lcapm2) (Entered: 11/08/2021) |
| 11/24/2021 | <u>175</u> | MOTION Entry of Judgment pursuant to FRCP 58(d) re <u>174</u> Order on Motion for Judgment,, Order on Motion to Stay, by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Ullman, Anthony) Modified event on 12/3/2021 (znmw). (Entered: 11/24/2021) |
| 11/24/2021 | <u>176</u> | SEPARATE JUDGMENT. Petitioners' <u>175</u> Request for Entry of Judgment Pursuant to Federal Rule of Civil Procedure 58(a) is hereby granted. A Separate Judgment is attached to this Minute Order. Signed by Judge Amit P. Mehta on 11/24/2021. (lcapm2) (Entered: 11/24/2021) |
| 12/06/2021 | <u>177</u> | NOTICE OF APPEAL TO DC CIRCUIT COURT as to <u>174</u> Order on Motion for Judgment,, Order on Motion to Stay, by GOVERNMENT OF ROMANIA. |

| | | | |
|---|---|---|---|
| | | | Filing fee $ 505, receipt number ADCDC−8909790. Fee Status: Fee Paid. Parties have been notified. (Salajanu, Ioana) (Entered: 12/06/2021) |
| 12/07/2021 | 178 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid re 177 Notice of Appeal to DC Circuit Court,. (zeg) (Entered: 12/07/2021) |
| 12/09/2021 | | | USCA Case Number 21−7139 for 177 Notice of Appeal to DC Circuit Court, filed by GOVERNMENT OF ROMANIA. (eg) (Entered: 12/10/2021) |
| 12/16/2021 | 179 | | Supplemental Record on Appeal transmitted to US Court of Appeals re 177 Notice of Appeal to DC Circuit Court, ; (zeg) (Entered: 12/16/2021) |
| 03/29/2022 | 180 | | NOTICE of Appearance by Matthew J. Weldon on behalf of GOVERNMENT OF ROMANIA (Weldon, Matthew) (Entered: 03/29/2022) |
| 03/29/2022 | 181 | | MOTION for Relief from Judgment by GOVERNMENT OF ROMANIA. (Attachments: # 1 Declaration of Matthew J. Weldon, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G)(Salajanu, Ioana) (Entered: 03/29/2022) |
| 03/30/2022 | | | RESOLVED.....NOTICE of Provisional Status re 181 MOTION for Relief from Judgment by GOVERNMENT OF ROMANIA. (Salajanu, Ioana). <br><br> Your attorney renewal has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney−admissions−and−renewal−information. <br><br> Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 4/6/2022. (znm) Modified on 3/30/2022 (znm). (Entered: 03/30/2022) |
| 03/30/2022 | 182 | | ERRATA by GOVERNMENT OF ROMANIA re 181 MOTION for Relief from Judgment filed by GOVERNMENT OF ROMANIA. (Attachments: # 1 The Government of Romanias Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(B)(4), (5), and (6))(Salajanu, Ioana) (Entered: 03/30/2022) |
| 04/05/2022 | 183 | | Consent MOTION for Extension of Time to File Response/Reply as to 181 MOTION for Relief from Judgment by IOAN MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Attachments: # 1 Text of Proposed Order)(Vasquez, Francis) (Entered: 04/05/2022) |
| 04/06/2022 | | | MINUTE ORDER granting 183 Petitioners' Consent Motion for Extension of Time to Respond to Romania's Rule 60(b) Motion. Petitioners shall respond to the motion on or before April 26, 2022. Romania shall reply by May 17, 2022. Signed by Judge Amit P. Mehta on 4/6/2022. (lcapm2) (Entered: 04/06/2022) |
| 04/26/2022 | 184 | | Memorandum in opposition to re 181 MOTION for Relief from Judgment filed by IOAN MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., |

| | | |
|---|---|---|
| | | S.C. STARMILL S.R.L.. (Attachments: # 1 Declaration of Francis A. Vasquez, Jr., # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9)(Vasquez, Francis) (Attachment 8 replaced on 4/27/2022) (rj). Modified on 4/27/2022 to flatten pdf(rj). (Entered: 04/26/2022) |
| 04/29/2022 | 185 | NOTICE of Appearance by Dimitar Georgiev−Remmel on behalf of EUROPEAN COMMISSION (Georgiev−Remmel, Dimitar) (Entered: 04/29/2022) |
| 04/29/2022 | 186 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Stephen P. Anway, Filing fee $ 100, receipt number ADCDC−9204970. Fee Status: Fee Paid. by EUROPEAN COMMISSION. (Georgiev−Remmel, Dimitar) (Entered: 04/29/2022) |
| 04/29/2022 | 187 | MOTION for Leave to File *Amicus Brief* by EUROPEAN COMMISSION. (Georgiev−Remmel, Dimitar) (Entered: 04/29/2022) |
| 04/29/2022 | | NOTICE OF ERROR re 186 Motion for Leave to Appear Pro Hac Vice; emailed to dimitar.georgiev@squirepb.com, cc'd 20 associated attorneys −− The PDF file you docketed contained errors: 1. **Please note the following deficiency and file/refile document as instructed**, 2. Declaration must have an original, ink signature; refile using the event **Declaration** (zeg, ) (Entered: 04/29/2022) |
| 04/29/2022 | 188 | DECLARATION *by Stephen P. Anway* by EUROPEAN COMMISSION re 186 MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Stephen P. Anway, Filing fee $ 100, receipt number ADCDC−9204970. Fee Status: Fee Paid. filed by EUROPEAN COMMISSION. (Georgiev−Remmel, Dimitar) (Entered: 04/29/2022) |
| 05/02/2022 | | MINUTE ORDER granting 186 Motion for Admission Pro Hac Vice. Attorney Stephen P. Anway is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 5/2/2022. (lcapm2) (Entered: 05/02/2022) |
| 05/02/2022 | | MINUTE ORDER granting 187 Motion for Leave to File a Brief on Behalf of the European Commission as Amicus Curiae. Signed by Judge Amit P. Mehta on 5/2/2022. (lcapm2) (Entered: 05/02/2022) |
| 05/02/2022 | 189 | NOTICE of Appearance by Stephen P. Anway on behalf of EUROPEAN COMMISSION (Anway, Stephen) (Entered: 05/02/2022) |
| 05/17/2022 | 190 | REPLY to opposition to motion re 181 MOTION for Relief from Judgment */ Government of Romania's Reply Memorandum in Support of its Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(B)(4), (5), and (6)* filed by GOVERNMENT OF ROMANIA. (Salajanu, Ioana) (Entered: 05/17/2022) |
| 05/17/2022 | 191 | AMICUS BRIEF by EUROPEAN COMMISSION. (Attachments: # 1 Exhibit Commissions Written Observations, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Declaration)(Georgiev−Remmel, Dimitar) (Entered: 05/17/2022) |
| 05/18/2022 | 192 | |

| | | | |
|---|---|---|---|
| | | | ERRATA by GOVERNMENT OF ROMANIA re 190 Reply to opposition to Motion, filed by GOVERNMENT OF ROMANIA. (Attachments: # 1 Government of Romania's Reply Memorandum in Support of its Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(B)(4), (5), and (6))(Salajanu, Ioana) (Entered: 05/18/2022) |
| 06/03/2022 | 193 | | MOTION for Leave to File *Response to the European Commission's Amicus Brief 191* by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Attachments: # 1 Text of Proposed Order)(Vasquez, Francis) (Entered: 06/03/2022) |
| 06/03/2022 | | | MINUTE ORDER granting 193 Petitioners' Motion for Leave to Respond to the Brief of Amicus Curiae the European Commission in Support of Romania's Rule 60(b) Motion. Petitioners shall file their brief on or before June 24, 2022. Signed by Judge Amit P. Mehta on 6/3/2022. (lcapm2) (Entered: 06/03/2022) |
| 06/24/2022 | 194 | | NOTICE OF SUPPLEMENTAL AUTHORITY by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L. (Ullman, Anthony) (Entered: 06/24/2022) |
| 06/24/2022 | 195 | | MEMORANDUM re 191 Amicus Brief, filed by EUROPEAN COMMISSION by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Attachments: # 1 Declaration of Francis A. Vasquez, Jr., # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Vasquez, Francis) (Entered: 06/24/2022) |
| 07/07/2022 | 196 | | MOTION for Leave to File *Amicus Curiae Reply* by EUROPEAN COMMISSION. (Georgiev−Remmel, Dimitar) (Entered: 07/07/2022) |
| 07/08/2022 | | | MINUTE ORDER. Petitioner shall respond to the 196 European Commission's Motion for Leave to file an Amicus Curiae Reply by July 14, 2022. Signed by Judge Amit P. Mehta on 7/8/2022. (lcapm2) (Entered: 07/08/2022) |
| 07/14/2022 | 197 | | Memorandum in opposition to re 196 MOTION for Leave to File *Amicus Curiae Reply* filed by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Vasquez, Francis) (Entered: 07/14/2022) |
| 08/04/2022 | 198 | | MANDATE of USCA as to 164 Notice of Appeal to DC Circuit Court filed by GOVERNMENT OF ROMANIA ; USCA Case Number 20−7116. (Attachments: # 1 USCA Judgment filed on 6/24/2022)(zed) (Entered: 08/05/2022) |
| 10/11/2022 | 199 | | NOTICE OF SUPPLEMENTAL AUTHORITY by GOVERNMENT OF ROMANIA (Attachments: # 1 Exhibit ORDER COURT OF JUSTICE OF THE EUROPEAN UNION FRENCH, # 2 Exhibit ORDER COURT OF JUSTICE OF THE EUROPEAN UNION ENGLISH, # 3 Exhibit ORDER LUXEMBOURG COURT OF CASSATION FRENCH, # 4 Exhibit ORDER LUXEMBOURG COURT OF CASSATION ENGLISH)(Salajanu, Ioana) (Entered: 10/11/2022) |
| 10/31/2022 | 200 | | RESPONSE re 199 NOTICE OF SUPPLEMENTAL AUTHORITY, filed by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Attachments: # 1 Declaration of Francis A. Vasquez, Jr., # 2 Exhibit 1)(Vasquez, Francis) (Entered: |

| | | | 10/31/2022) |
|---|---|---|---|
| 12/07/2022 | 201 | | NOTICE OF SUPPLEMENTAL AUTHORITY by GOVERNMENT OF ROMANIA (Attachments: # 1 Exhibit Exhibit A Nov 24, 2022 Ruling CJEU (French), # 2 Exhibit Exhibit A−1 Nov 24, 2022 Ruling CJEU English Translation)(Salajanu, Ioana) (Entered: 12/07/2022) |
| 12/21/2022 | 202 | | RESPONSE re 201 NOTICE OF SUPPLEMENTAL AUTHORITY filed by IOAN MICULA, VIOREL MICULA, S.C. EUROPEAN FOOD S.A., S.C. MULTIPACK S.R.L., S.C. STARMILL S.R.L.. (Vasquez, Francis) (Entered: 12/21/2022) |
| 12/22/2022 | 203 | | MEMORANDUM OPINION AND ORDER denying Respondent's 181 Motion for Relief from Judgment. Please see the attached Memorandum Opinion and Order for additional details. Signed by Judge Amit P. Mehta on 12/22/2022. (lcapm2) (Entered: 12/22/2022) |
| 12/22/2022 | | | MINUTE ORDER denying as moot the European Commission's 196 Motion for Leave to File an Amicus Curiae Reply. Signed by Judge Amit P. Mehta on 12/22/2022. (lcapm2) (Entered: 12/22/2022) |
| 01/19/2023 | 204 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 203 Order on Motion for Relief from Judgment by GOVERNMENT OF ROMANIA. Filing fee $ 505, receipt number ADCDC−9795893. Fee Status: Fee Paid. Parties have been notified. (Salajanu, Ioana) (Entered: 01/19/2023) |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

In the Matter of the Application of

IOAN MICULA, VIOREL MICULA, S.C.
EUROPEAN FOOD S.A., S.C. STARMILL
S.R.L and S.C. MULTIPACK S.R.L,

                Petitioners,

    v.

THE GOVERNMENT OF ROMANIA,

               Respondent.

Civil Action No. 17-cv-02332 (APM)

**CIVIL NOTICE OF APPEAL**

Notice is hereby given this 19th day of January 2023, that Respondent, The Government

of Romania, hereby appeals to the United States Court of Appeals for the District of Columbia

Circuit from the judgment of this Court entered in favor of all Petitioners and against Respondent

The Government of Romania in the Court's Memorandum Opinion and Order, issued on the 22nd

day of December 2022 [Dkt. No. 203] denying The Government of Romanian's Motion for

Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b)(4-6) .

               THE GOVERNMENT OF ROMANIA

      By:_____
            One of Its Attorneys

Ioana Salajanu
SLV Legal
1 East Erie Street Suite 425
Chicago, IL 60611
Telephone: (773) 875-5438
Email:ioana.salajanu@slvlegal.com

Matthew J. Weldon
Luke E. Steinberger

599 Lexington Avenue
New York, New York 10022
Telephone: (212) 536-4042
Email:Matthew.Weldon@klgates.com

*Attorneys for the Government of Romania*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on December 6, 2021 a copy of the foregoing CIVIL NOTICE OF APPEAL was served via the ECF System to all counsel of record and by email to the following persons:

> Francis A. Vasquez, Jr.
> F.A. Vasquez Consulting
> frank@favasquez.com
>
> Jacqueline L. Chung
> White & Case
> 1221 Avenue of the Americas
> New York, NY 10020

jacqueline.chung@whitecase.com

Anthony Ullman
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
athony.ullman@dentons.com

By: /s/ Ioana Salajanu
　　　Ioana Salajanu

*Attorneys for the Government of Romania*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **IOAN MICULA,** *et al.*, | ) | |
| | ) | |
| **Petitioners,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 17-cv-02332 (APM)** |
| | ) | |
| **THE GOVERNMENT OF ROMANIA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## <u>MEMORANDUM OPINION AND ORDER</u>

## I.    INTRODUCTION

The court is compelled once more to revisit the seemingly never-ending saga over an international arbitration award entered against Respondent Government of Romania ("Romania"). In this latest installment, Romania seeks relief under Federal Rule of Civil Procedure 60(b) from three judgments ("the Judgments") entered by this court in favor of Petitioners Ioan Micula, Viorel Micula, and three entities they control (together, "Micula" or "Petitioners"). Taken together, the Judgments (1) confirmed an arbitration award entered against Romania by a tribunal convened under the International Convention on the Settlement of Investment Disputes between States and Nationals of Other States ("ICSID" or "the Convention") and (2) imposed sanctions against Romania for its failure to comply with court-ordered, post-judgment discovery.[1]  Romania now

---

[1] The Judgments are contained in the following prior opinions: (1) *Micula v. Government of Romania*, 404 F. Supp. 3d 265 (D.D.C. 2019) (*Micula I*), *aff'd*, 805 F. App'x 1 (D.C. Cir. 2020); (2) *Micula v. Government of Romania*, No. 17-cv-2332-APM, 2020 WL 6822695 (D.D.C. Nov. 20, 2020), *aff'd*, No. 20-7116, 2022 WL 2281645 (D.C. Cir. June 24, 2022) [hereinafter *Micula II*]; and (3) *Micula v. Government of Romania*, No. 17-cv-2332-APM, 2021 WL 5178852 (D.D.C. Nov. 8, 2021), *appeal filed* December 7, 2021, ECF No. 178 [hereinafter *Micula III*].  In *Micula I*, this court confirmed the arbitration award entered against Romania and entered judgment in favor of Petitioners in the sum of \$331,557,687.  *Micula I*, 404 F. Supp. 3d. at 285–286.  In *Micula II*, this court denied Romania's request for relief from judgment and granted Petitioner's request for sanctions.  *Micula II*, 2020 WL 6822695 at \*7.  In *Micula III*,

asks the court to set aside the Judgments based on recent decisions issued by the Grand Chamber

of the Court of Justice for the European Union—the highest court of the European Union—that

Romania believes vitiates this court's subject matter jurisdiction and thus entitles it to relief from

the Judgments.  The European Commission, as amicus curiae, supports Romania's motion.

For the reasons that follow, Romania's motion is denied.

## II.    BACKGROUND

The factual background of this dispute is extensively covered in the court's prior opinions

and will not be rehashed here.  *See e.g.*, *Micula v. Government of Romania*, 404 F. Supp. 3d 265

(D.D.C. 2019) (*Micula I*), *aff'd*, 805 F. App'x 1 (D.C. Cir. 2020).  The court simply recaps the

facts relevant to Romania's instant motion.

### A.    Romania's Investment Incentive and the Sweden-Romania Bilateral Investment Treaty

Following the overthrow of the communist regime of Nicolae Ceausescu in December

1989, Romania adopted a series of measures designed to attract and promote investment, including

a measure called Emergency Government Ordinance No. 24/1998 ("EGO 24").  EGO 24 provided

certain tax incentives to invest in "disfavored" regions of Romania.  *Id.* at 270.  Petitioners Viorel

and Ioan Micula are Swedish nationals who, in 1998, began investing in Romania in reliance on

the incentives offered by the Romanian government in EGO 24.  *Id.*

In 2002, Romania entered into a bilateral investment treaty with the Kingdom of Sweden

("Sweden-Romania BIT"), which "granted certain protections to each country's investors who

invested in the other country."  *Id*.  As relevant here, Article 7 of the Sweden-Romania BIT

---

this court granted Petitioners' motion for judgment on accrued sanctions and denied Romania's motion to stay discovery.  *Micula III*, 2021 WL 5178852 at *3–4.  *Micula I* and *Micula II* were affirmed on appeal and the appeal of *Micula III* remains pending before the D.C. Circuit.  Any reference to "the Judgments" refers to all three decisions, and any reference to "the Judgment" refers only to *Micula I*.

2

provides that disputes concerning investments are to be settled by international arbitration, before either an ICSID arbitral tribunal or an ad hoc tribunal established under the Arbitration Rules of the United Nations Commission on International Trade Law. *See id.*

In August 2004, Romania announced that it would repeal EGO 24. Romania took that action as part of the process of joining the European Union ("EU"), which considered state-sponsored investment incentives, like EGO 24, to be unlawful "state aid." *Id.* Romania's decision caused Petitioners "to suffer cash constraints that prevented them from completing the projects they had planned." *Id.*

### B. Arbitration Proceedings and Romania's Accession to the EU

On August 2, 2005, in response to Romania's repeal of EGO 24 and pursuant to the Sweden-Romania BIT, Petitioners initiated arbitration proceedings against Romania before an ICSID tribunal. *Id.* In January 2007, while the arbitration proceedings were pending, Romania formally joined the EU. *Id.* at 271. In December 2013, the ICSID tribunal ruled in favor of Petitioners (the "Final Decision") and awarded them monetary damages plus interest (the "Award"). *Id.* at 270–71. Important for our purposes, Romania formally joined the EU *after* Petitioners invoked their right to arbitration under the Sweden-Romania BIT but *before* the ICSID tribunal ruled in favor of Petitioners. *Id.* at 271.

Shortly after the ICSID tribunal rendered the Final Decision and issued the Award, "the European Commission advised Romania that implementing or executing the Award would constitute impermissible new state aid" and issued a "suspension injunction" that prohibited Romania from fulfilling the award until the European Commission "reached a final decision on whether the Award constituted state aid." *Id.* On March 30, 2015, the European Commission issued a decision finding that the Award constituted state aid in violation of EU law and instructed

3

Romania to cease payment ("State Aid Decision").  *Id.*  Petitioners filed an appeal of the State Aid Decision with the General Court of the Court of Justice of the European Union ("General Court"), which is a constituent court of the EU's highest court, the Court of Justice of the European Union ("CJEU").  *Id.*

### C.    General Court Decision

On June 18, 2019, the General Court issued a ruling annulling the European Commission's State Aid Decision ("General Court Decision").  *Id.* at 274.  The General Court explained "that EU law became applicable to Romania only upon its accession to the EU on January 1, 2007," and thus the European Commission "lacked the 'competence' to declare that the investment incentives—which Romania offered *before* acceding to the EU—violated EU rules on state aid." *Id.* at 275.  The General Court further held that "satisfying the Award would not constitute illegal state aid, even though it was entered after accession," because the Award "compensated Petitioners for Romania's pre-EU-accession repeal of the incentives."  *Id.*  Romania appealed the General Court Decision to the CJEU.  *Id.*

### D.    The Judgments

On September 11, 2019, while Romania's appeal before the CJEU was pending, this court granted Micula's petition to confirm the Award.  *Id*. at 285.  This court determined that it had the subject matter jurisdiction to hear the case under the arbitration exception to the Foreign Sovereign Immunities Act ("FSIA").  *Id.* at 280.  Romania had argued that jurisdiction was improper under the FSIA arbitration exception because the arbitration clause in the Sweden-Romania BIT was invalid.  *Id.* at 277.  Romania's argument was predicated on the CJEU's decision in *Slovak Republic v. Achmea*, which held that EU law prohibited agreements between Member States "under which an investor from one of those Member States may, in the event of a dispute

4

concerning investments in the other Member State, bring proceedings against the latter Member State before an arbitral tribunal." Mem. of L. in Opp. to Pet. to Confirm ICSID Arb. Award and Enter Judg., ECF No. 51, Ex. 3, ECF No. 51-3 [hereinafter *Achmea*] ¶ 60; *Micula I*, 404 F. Supp. 3d at 277. Romania maintained that under *Achmea* the arbitration clause in the Sweden-Romania BIT was void as of Romania's accession to the EU in January 2007, and thus the court could not rely on it for purposes of establishing jurisdiction under the arbitration exception of the FSIA—a view shared by the European Commission, which appeared as amicus curiae. *Micula I*, 404 F. Supp. 3d at 277.

This court considered and rejected Romania's *Achmea*-related arguments for three reasons. *Id.* at 279. First, the court found that the facts of this case were "materially different" than those in *Achmea*. *Id.* In *Achmea* "both the challenged government action occurred, and the arbitration proceeding commenced, *after* the Slovak Republic entered the EU," as opposed to the instant action where "all key events to the parties' dispute occurred *before* Romania acceded to the EU." *Id.* Second, the Final Decision issued by the ICSID tribunal did not "relate to the interpretation or application of EU law in the sense that concerned the court in *Achmea*" because the governing law was the Sweden-Romania BIT's "substantive rules," not EU law. *Id.* at 279–80 (cleaned up); Pet. To Confirm ICSID Arb. Award and Enter Judg., ECF No. 1, Ex. A, ECF No. 1-1–1-4 [hereinafter Final Decision] ¶ 318 ("There is no dispute among the Parties that the primary source of law for this Tribunal is the BIT itself."). Because the substantive rules of the Sweden-Romania BIT controlled, this court reasoned that the ICSID tribunal "did not decide a question of EU law in a way that implicates the core rationale of *Achmea*." *Micula I*, 404 F. Supp. 3d at 280.

Finally, this court found support for its conclusion in the General Court Decision which, as explained above, overturned the State Aid Decision on the grounds that the European

Commission "lacked the competence to review Romania's pre-accession actions and the Award's compatibility with EU state aid law." *Id.* at 280 (citing Final Decision ¶ 86). The General Court determined that the European Commission lacked competence to review the Award because "EU law became applicable in Romania only as from its accession to the European Union on 1 January 2007," and both the "the events giving rise to the Award" and the "infringements committed by Romania" occurred before 2007. *Id.* at 280 (quoting Final Decision ¶ 77). Furthermore, the General Court found that *Achmea* did not affect the Award's validity because, when issuing the Final Decision, the ICSID tribunal "did not tread upon substantive EU law." *Id.* This court determined that the rationale of the General Court Decision supported the conclusion that *Achmea* did not render void the arbitration agreement in the Sweden-Romania BIT. *Id.*

### E.    CJEU Decisions

The CJEU reversed the General Court Decision on January 25, 2022 ("CJEU Decision"). *See* Gov. of Romania's Mem. of Supp. of its Mot. for Relief from Judg., ECF No. 181 [hereinafter Romania Mot.], Ex. A, ECF No. 181-2 [hereinafter CJEU Decision]. The CJEU Decision reasoned that (1) the European Commission had the "competence" to review measures taken by Romania which might constitute state aid as of January 1, 2007, the date of Romania's accession to the EU; and (2) "in order to determine whether the Commission was competent to adopt the [State Aid Decision] . . . it was necessary to define the date on which" the Award was "granted." *Id.* ¶¶ 112–15. In other words, if the ICSID tribunal "granted" the Award after Romania joined the EU in January 2007, the European Commission had the authority to decide whether Romania's payment of the Award would constitute unlawful state aid. The General Court had concluded that the Award was "granted" in 2005 when Romania repealed the incentives provided in EGO 24, and because this occurred before Romania joined the EU, the European Commission was not

competent to render the State Aid Decision. *Id.* ¶ 126. The CJEU disagreed. It held that the Award "was actually granted after [Romania's] accession [to the EU], by the adoption of the arbitral award" by the ICSID tribunal in 2013. *Id.* ¶ 134. Because the CJEU determined that the Award was "granted" after Romania joined the EU, it reversed the General Court Decision and held that the European Commission was competent to adopt the State Aid Decision. *Id.* ¶ 151. The CJEU "referred back to the General Court" the remaining arguments raised by the parties that the "General Court did not examine." *Id.* ¶¶ 154–55.

The CJEU Decision further stated that the General Court was wrong to find that *Achmea* was "irrelevant" to the instant case. *Id.* ¶ 137. In the CJEU's view, because Petitioners sought damages for injuries suffered after 2007, the parties dispute "cannot be regarded as being confined in all respects to a period during which Romania . . . was not yet bound by" EU law, as the General Court had suggested. *Id.* ¶ 140. Accordingly, *Achmea* had some applicability. The CJEU rejected Micula's argument that *Achmea* was wholly irrelevant because of Romania's consent to arbitrate under the Sweden-Romania BIT, finding that under *Achmea* any consent to arbitration given by Romania from the date of Romania's accession to the EU "lacked any force." *Id.* ¶ 145. The CJEU did not make a final ruling on how *Achmea* should be applied, holding only that the European Commission was competent to issue the State Aid Decision and remanding the case to the General Court for further proceedings. *Id.* ¶ 156.

On September 21, 2022, the CJEU issued a second relevant ruling ("Second CJEU Decision"). Romania's Notice of Supplemental Authority, ECF No. 199, Ex. 2, ECF No. 199-2 [hereinafter Second CJEU Decision]. In the Second CJEU Decision, the court held that, under EU law, the Award could not be enforced in the courts of Member States. *Id.* ¶¶ 42–43. The court so held following a request for a preliminary ruling from the Brussels Court of Appeals. *Id.* ¶¶ 1–

7

2, 27–28.  The CJEU reasoned that Romania's accession to the EU meant that it had withdrawn its consent to resolve matters pertaining to EU law through arbitration under the Sweden-Romania BIT and, because the "dispute before the arbitral tribunal cannot be regarded as being confined in its entirety to" the period before Romania acceded to the EU, the Award—which was determined to constitute state aid by the European Commission—could not be enforced by the court of a Member State.  *Id.* ¶¶ 34–43.

## III.    LEGAL STANDARD

According to Romania, the CJEU Decisions mean "that the agreement to arbitrate in the BIT was void the moment that Romania entered the EU."  Romania Mot. at 1.  It seeks relief from the Judgments under Rule 60(b).

Rule 60(b) "provides an exception to finality that allows a party to seek relief from a final judgment, and request reopening of his case, under a limited set of circumstances."  *United Student Aid Funds, Inc. v. Espinosa*, 559 U.S. 260, 269 (2010) (internal quotations omitted); FED. R. CIV. P. 60(b).  The rule requires courts to strike a "delicate balance between the sanctity of final judgments and the incessant command of a court's conscience that justice be done in light of all the facts."  *Good Luck Nursing Home, Inc. v. Harris*, 636 F.2d 572, 577 (D.C. Cir. 1980) (cleaned up).  District courts are "vested with a large measure of discretion in deciding whether to grant a Rule 60(b) motion."  *Twelve John Does v. D.C.*, 841 F.2d 1133, 1138 (D.C. Cir. 1988).

Romania invokes three subsections of Rule 60(b).  Rule 60(b)(4) "authorizes the court to relieve a party from a final judgment if 'the judgment is void.'"  *Espinosa*, 559 U.S. at 270; FED. R. CIV. P. 60(b)(4).  "[A] void judgment is one so affected by a fundamental infirmity that the infirmity may be raised even after the judgment becomes final."  *Espinosa*, 559 U.S. at 270.  Rule 60(b)(5) is applicable "when the judgment is based on a prior action that has been satisfied,

reversed, or vacated." *Rafii v. Islamic Republic of Iran*, Case No. 01-cv-850-CKK, 2005 WL 8167693, at *5 (D.D.C. Oct. 25, 2005) (citing *NLRB v. Harris Teeter Supermarkets*, 215 F.3d 32, 35 (D.C. Cir. 2000); FED. R. CIV. P. 60(b)(5). Rule 60(b)(6) is a residual provision that "grants federal courts broad authority to relieve a party from a final judgment . . . provided that the motion . . . is not premised on one of the grounds for relief enumerated in clauses (b)(1) through (b)(5)." *Liljeberg v. Health Servs. Acquisition Corp.,* 486 U.S. 847, 863 (1988); FED. R. CIV. P. 60(b)(6).

## IV.    DISCUSSION

### A.    Rule 60(b)(4)

A party can seek relief under Rule 60(b)(4) for judgments that are "void." *Espinosa*, 559 U.S. at 270. The rule "applies only in the rare instance where a judgment is premised either on a certain type of jurisdictional error or on a violation of due process that deprives a party of notice or the opportunity to be heard." *Id.* at 271. Because Romania does not allege any due process violation, the "sole issue" is whether the Judgments entered against Romania "represent[ ] the rare instance of a judgment involving a certain type of jurisdictional error, one signifying the kind of fundamental infirmity that may be raised even after the judgment becomes final." *Lee Mem'l Hosp. v. Becerra*, 10 F.4th 859, 863 (D.C. Cir. 2021) (cleaned up). The Supreme Court has explained that the "list of such infirmities is exceedingly short; otherwise, Rule 60(b)(4)'s exception to finality would swallow the rule." *Espinosa*, 559 U.S. at 270. Importantly, a "judgment is not void simply because it is or may have been erroneous." *Lee Mem'l Hosp.*, 10 F.4th at 863 (ellipsis omitted).

*The Applicable Standard.* As a threshold matter, the parties disagree on the standard that governs Romania's request for relief under Rule 60(b)(4). Romania acknowledges that courts

9

generally review Rule 60(b)(4) motions asserting jurisdictional infirmity using an "arguable basis" standard. Romania Mot. at 14. Under that standard, relief under Rule 60(b)(4) is reserved "only for the exceptional case in which the court that rendered judgment lacked even an 'arguable basis' for jurisdiction." *Espinosa*, 559 U.S. at 271. Romania nevertheless asks the court to conduct a more stringent review. It argues that "*de novo* review is appropriate any time a foreign sovereign contends that jurisdiction under the FSIA is lacking." Romania Mot. at 15. Romania points to the D.C. Circuit's decision in *Bell Helicopter Textron v. Islamic Republic of Iran* as creating an exception to the general rule that courts should review 60(b)(4) motions using the arguable basis standard. *See id.*; 734 F.3d 1175 (D.C. Cir. 2013). Romania argues that, under *Bell Helicopter*, there is a "two-exception approach" to the arguable basis standard, making *de novo* review proper if (1) "jurisdiction was established via default judgment" *or* (2) "the determination of jurisdiction implicates the FSIA." Romania Mot. at 15. The presence of either condition, Romania contends, warrants *de novo* review for purposes of a Rule 60(b)(4) jurisdictional challenge.

Petitioners, not surprisingly, reject Romania's insistence on more exacting review. Petitioners rely on the D.C. Circuit's recent decision in *Lee Memorial Hospital v. Becerra* which, they contend, clarified that *Bell Helicopter* applies only in the "particular context" where "a foreign sovereign . . . decline[s] to enter an appearance in the previous litigation." Pet.'s Mem. of L. in Supp. of Pet.'s Opp'n to Romania's Mot., ECF No. 184 [hereinafter Micula Opp'n] at 22–23 (quoting *Lee Mem'l Hosp.*, 10 F.4th at 864). In other words, according to Petitioners, *de novo* review under *Bell Helicopter* applies only when a court enters a default judgment *and* the judgment is entered against a foreign sovereign. These are not alternative conditions; both must be present. Because Romania "appeared and contested the entry of the Judgment" and "this Court's subject

10

matter jurisdiction prior to the entry of the Judgment," Micula continues, "Romania has failed to carry its burden to demonstrate why the arguable basis standard should not apply." *Id.* at 23.

This court agrees with Petitioners that the arguable basis standard applies here.  In *Lee Memorial Hospital*, the D.C. Circuit described *Bell Helicopter* as "one specific situation" in which the court did not apply the arguable basis standard.  *Lee Mem'l Hosp.*, 10 F.4th at 864.  The court emphasized that *Bell Helicopter* "involved a default judgment entered against a foreign sovereign who did not appear to defend itself from the suit, but who later moved to vacate the judgment against it under Rule 60(b)(4)" for lack of jurisdiction under the FSIA.  *Id.*  The court further observed that it had distinguished the circumstances in *Bell Helicopter* from those cases in which "'the objecting party had appeared in the challenged proceeding' or was in privity with a party who had appeared."  *Id.* (quoting *Bell Helicopter*, 734 F.3d at 1182).  Applying arguable-basis review in *Bell Helicopter*, the court emphasized, would "create a high risk for parties who choose not to appear" based on the belief that the court lacks jurisdiction.  *Id.* (quoting *Bell Helicopter*, 734 F.3d at 1181–82).

*Lee Memorial Hospital* confirms that *de novo* review under *Bell Helicopter* is appropriate only when a foreign sovereign that has not appeared seeks relief from a default judgment.  But when a foreign sovereign appears and contests jurisdiction, the "arguable basis" standard applies.  That is precisely what occurred here.  Romania appeared and had a full and fair opportunity to contest the court's jurisdiction.  It did so, arguing that *Achmea* rendered void the Sweden-Romania BIT's arbitration agreement.  *See Micula I*, 404 F. Supp. 3d at 276–80.  The court rejected that argument.  *Id.*  Thus, "the considerations that led [the D.C. Circuit] away from the arguable basis standard in the circumstances in *Bell Helicopter* are absent here."  *Lee Mem'l Hosp.*, 10 F.4th at 864.  Romania's contention that *de novo* review is applicable under Rule 60(b)(4) whenever the

11

jurisdictional inquiry implicates the FSIA cannot be sustained under *Lee Memorial Hospital*. The court therefore applies the arguable basis test.

*Arguable Basis Review*.  Under the arguable basis standard, a "total want of jurisdiction must be distinguished from an error in the exercise of jurisdiction," and "only in the former situation could it be said that the court that rendered the contested judgment lacked even an arguable basis for jurisdiction." *Id.* (cleaned up).  Generally, relief is reserved for "the exceptional case." *Espinosa*, 559 U.S. at 271.  Romania argues that there was never an arguable basis for jurisdiction because the "sole basis" for this court's determination that it had subject matter jurisdiction "was its own interpretation and application of EU law"—an interpretation which, in Romania's view, the CJEU Decision refutes.  Romania Mot. at 16–17.  Because this court "elected to carefully consider *Achmea* and predict how the CJEU would rule with respect to its application to the [Sweden-Romania] BIT"—and was wrong in its prediction—there "was never[] a valid agreement to arbitrate" as required by the FSIA arbitration exception and, accordingly, there was never an "arguable basis for jurisdiction." *Id.*

The court disagrees.  Under the FSIA arbitration exception, "the existence of an arbitration agreement, an arbitration award[,] and a treaty governing the award are all jurisdictional facts that must be established." *LLC SPC Stileks v. Republic of Moldova*, 985 F.3d 871, 877 (D.C. Cir. 2021).  This court determined that (1) an arbitration agreement existed, specifically Article 7 of the Sweden-Romania BIT; (2) an arbitration award was issued by an ICSID tribunal; and (3) the ICSID Convention was a treaty governing the award. *See Micula I*, 404 F. Supp. 3d at 276–81.  Based on those findings, this court determined the FSIA arbitration exception was applicable. *Id.* at 281.  The D.C. Circuit affirmed this court's jurisdictional determination. *Micula v. Gov't of*

12

*Romania*, 805 F. App'x 1, 1 (D.C. Cir. 2020) (holding that "the district court properly invoked the exception for actions to enforce arbitration awards" under the FSIA).

Romania coyly now says that it "did not reference the Court's subject matter jurisdiction" before the D.C. Circuit.  Romania Mot. at 6.  In actuality, Romania conceded it.  It said in its opening briefing on appeal that "[t]he District Court had subject matter jurisdiction over [Micula's] Petition to Confirm [the] Arbitration Award . . . pursuant to 28 U.S.C. § 1605(a)(6) and 22 U.S.C. § 1650a."  Br. of Resp't-Appellant Gov't of Romania, *Micula v. Gov't of Romania*, Case No. 19-7127, Doc. No. 1835247 at 1.  Those code provisions, respectively, are the FSIA arbitration exception and Section 3 of the Convention on the Settlement of Investment Disputes Act of 1966, which authorizes federal courts to enforce ICSID arbitration awards.  Based on Romania's concession, the D.C. Circuit wrote: "As Romania now agrees, the district court properly invoked the exception for actions to enforce arbitration awards."  *Micula*, 805 F. App'x at 1.  The court noted the jurisdictional argument raised only by the European Commission as amicus that "Romania's agreement to arbitrate was nullified by its ascension to the European Union," but concluded that, "as the district court carefully explained, Romania did not join the EU until after the underlying events here, so the arbitration agreement applied."  *Id.*  It cannot be true that this court lacked a "total want of jurisdiction" when Romania itself conceded on appeal that the court's exercise of jurisdiction was proper and the D.C. Circuit disagreed with the jurisdictional argument raised by the European Commission.  *Lee Mem'l Hosp.*, 10 F.4th at 864 (citation omitted).  Romania's contention that this court had no "arguable basis" to exercise jurisdiction is disingenuous.

The CJEU's recent rulings do not alter that conclusion.  The CJEU Decision held that the European Commission possessed the authority to determine whether Romania's satisfaction of an

arbitration award against Romania that issued *after* Romania acceded to the EU would violate the prohibition on state aid. CJEU Decision ¶¶ 123–27. More specifically, the CJEU held that, because the relevant time for assessing the European Commission's competence was at the time of the Award's issuance (which post-dated Romania's accession)—and not, as the General Court held, at the time Romania withdrew the tax incentives (which pre-dated Romania's accession)— the Award was subject to the EU's state aid laws. *Id.* ¶¶ 123–25. As to the arbitration agreement itself, the CJEU Decision says little. It states only that Romania's consent to arbitrate under the Sweden-Romania BIT's arbitration agreement "lacked any force" from the time Romania acceded to the EU onwards. *Id.* ¶ 145.

That ruling does not change the "jurisdictional facts" found by this court: (1) Romania consented to arbitration under the Sweden-Romania BIT in May 2002, (2) Petitioners filed a request for arbitration in July 2005, two years *before* Romania acceded to the European Union (and thus at a time when Romania could, and did, consent to arbitrate), and (3) the ICSID tribunal made its award pursuant to the agreement to arbitrate, which this court is authorized to confirm. *Process & Indus. Devs. Ltd. v. Fed. Republic of Nigeria*, 27 F.4th 771, 776 (D.C. Cir. 2022). The arbitration exception to the FSIA grants federal courts jurisdiction to "confirm an award made pursuant to a[] [valid] agreement to arbitrate." 28 U.S.C. § 1605(a)(6); *Belize Soc. Dev. Ltd. v. Gov't of Belize*, 794 F.3d 99, 102 (D.C. Cir. 2015) (stating that a "valid" agreement to submit to arbitration is required to exercise jurisdiction under § 1605(a)(6)). The CJEU Decision did not invalidate or nullify Romania's consent to arbitrate at the time it entered the treaty with Sweden or when Petitioners filed for arbitration.

The Second CJEU Decision does not compel a contrary result. That ruling held only that, *under EU law*, a court of a Member State could not enforce the Award because the European

14

Commission had deemed the Award incompatible with the EU's state aid rules. Second CJEU Decision ¶ 46. Specifically, the court held: "EU law . . . must be interpreted as meaning that a court of a Member State seised of the enforcement of the arbitral award which was the subject of [the State Aid Decision] . . . is required to set aside that award and, therefore, may not, in any event, enforce it in order to enable its beneficiaries to obtain payment of the damages which it awards them." *Id.* Again, as in its earlier decision, the CJEU *did not* invalidate or nullify Romania's agreement to arbitrate under the Sweden-Romania BIT *before* it acceded to the EU. *Id.* ¶ 40 (stating that Romania's consent to the arbitration procedure became void "as from Romania's accession to the European Union"). Accordingly, the jurisdictional fact found by the court—that there was a valid agreement to arbitrate before Romania acceded to the EU—remains undisturbed. Neither CJEU ruling therefore upends the arguable basis upon which the court exercised jurisdiction.

For the stated reasons, this court denies Romania's motion for relief under Rule 60(b)(4).

**B.    Rule 60(b)(5)**

Relief under Rule 60(b)(5) is available "when the judgment is based on a prior action that has been satisfied, reversed, or vacated." *Rafii*, 2005 WL 8167693 at *5. Romania does not claim that the Judgment has been satisfied, thus the application of Rule 60(b)(5) is "limited to a judgment that has been reversed or otherwise vacated—based in the sense of res judicata, collateral estoppel, or somehow part of the same proceeding." *Id.*; *see also* Charles Alan Wright & Arthur R. Miller, 11 Fed. Prac. & Proc. Civ. § 2863 (3d ed.) ("This ground is limited to cases in which the present judgment is based on the prior judgment in the sense of claim or issue preclusion."). For a judgment to be "based" on a prior judgment, the "relationship between the present judgment and the prior judgment must be closer than that of a later case relying on the precedent of an earlier

15

case; rather, the prior judgment must be a necessary element of the decision, giving rise, for example, to the cause of action or a successful defense." *Rafii*, 2005 WL 8167693 at *5 (internal quotation marks and citation omitted). Reliance on "persuasive precedents in support of the Court's position" are insufficient to grant relief under Rule 60(b)(5); there must be a "single case [that provides] a necessary element for the Court's decision." *Id.*; Wright & Miller § 2863 (Rule 60(b)(5) "does not apply merely because a case relied on as precedent by the court in rendering the present judgment has since been reversed").

Romania argues that this court's subject matter jurisdiction finding "depend[s] on the General Court Decision that the [CJEU Decision] overturned." Romania Mot. at 17. Therefore, Romania says, the jurisdictional holding underlying the Judgments was based on a "prior action" (the General Court Decision) that has been reversed (by the CJEU Decision), meriting relief under Rule 60(b)(5). The court is unpersuaded.

At bottom, Romania's arguments are based on a mischaracterization of the role the General Court Decision played in this court's subject matter jurisdiction finding. The court relied on the General Court Decision as the third of three reasons why *Achmea* did not render the arbitration exception inapplicable. *See Micula I*, 404 F. Supp. 3d at 279–80. The court primarily distinguished *Achmea* on the grounds that the facts of that case are "materially different" than this one. *Id.* at 279. It is true, as Romania notes, that this court cited to the General Court Decision to establish the factual differences, *see* Romania Mot. at 17, but the court only used the General Court Decision for expediency to establish historical facts that otherwise were not in dispute. The factual distinctions that the court noted when entering judgment remain true today. Next, the court said that "a close inspection of the Final Decision shows that the dispute before the ICSID arbitral tribunal did not 'relate to the interpretation or application of EU law' in the sense that concerned

16

the court in *Achmea*." *Micula I*, 404 F. Supp. 3d at 279. For this, the court drew upon a "close inspection" of the arbitration ruling and nowhere cited the General Court Decision. *See id.* at 279–80. The CJEU Decision in no way affects the court's reading of the ICSID tribunal's ruling.

Only after setting forth these two reasons did the court cite the General Court Decision for a legal proposition. Even then, it was only to "confirm[] that the ICSID arbitral tribunal did not tread upon substantive EU law." *Id.* at 280. Again, the CJEU Decision addresses only the authority of the European Commission to determine whether Romania's satisfaction of the Award would constitute state aid. It does not call into question the merits of the Award, which rested primarily on the panel's interpretation of the Sweden-Romania BIT. *See* Final Decision ¶¶ 288 (noting the parties' agreement that the BIT's "substantive rules" supplied the "applicable law"), 318 ("There is no dispute among the Parties that the primary source of law for this Tribunal is the BIT itself."). Ultimately, the fact that this court cited the General Court Decision to buttress its reading of *Achmea* does not mean that the Judgments were based on the General Court Decision, at least not in a way that merits relief under Rule 60(b)(5). Such relief requires the prior decision to be a "necessary element of the decision." *Rafii*, 2005 WL 8167693 at \*5 ("[T]he prior judgment must be closer than that of a later case relying on the precedent of an earlier case."). The General Court Decision was not that. Romania's motion for relief under Rule 60(b)(5) is denied.

### C.    Rule 60(b)(6)

Rule 60(b)(6) permits relief from judgment for "any other reason that justifies relief." FED. R. CIV. P. 60(b). This residual provision "grants federal courts broad authority to relieve a party from a final judgment" as long as relief "is not premised on one of the grounds for relief enumerated in clauses (b)(1) through (b)(5)." *Liljeberg,* 486 U.S. at 863. Because the language of Rule 60(b)(6) is "essentially boundless," *Twelve John Does*, 841 F.2d at 1140, the Supreme

17

Court has clarified that relief is only appropriate in "extraordinary situation[s]," *Ackermann v. United States*, 340 U.S. 193, 199 (1950), and the D.C. Circuit has cautioned that it "should be only sparingly used," *Good Luck Nursing Home*, 636 F.2d at 577. "Intervening developments in the law by themselves rarely constitute the extraordinary circumstances required for relief under Rule 60(b)(6)." *Agostini v. Felton*, 521 U.S. 203, 239 (1997).

Romania acknowledges that "a mere change in law does not usually constitute and [sic] extraordinary circumstance for purposes of 60(b)(6)," but argues that the rule "is not absolute" and that exceptional circumstances exist here because "there has been a change in controlling law **and** in circumstance." Romania Mot. at 20–21 (emphasis in original). Romania maintains "that the CJEU has unequivocally ruled that there was no arbitration agreement between intra-EU investors and Romania," which "merits relief on its own" because it "dramatically altered the landscape of the dispute." *Id.* at 22. The "Judgments rest upon an interpretation of EU law that is inconsistent with, and expressly rejected by[,] Europe's highest court," Romania continues, which "implicates issues of national concern for Romania, jurisdiction and autonomy for the EU, foreign sovereignty in US courts, and the United States' obligations under the ICSID Convention and Enabling Statute." *Id.* at 22–23.

Micula responds that "Romania is not entitled to relief under Rule 60(b)(6) because it has not established a bas[is] for relief under Rule 60(b)(6) that is separate from its basis for seeking relief under Rule 60(b)(4) and 60(b)(5)." Micula Opp'n at 38. Even if Romania did establish a different basis for relief, Micula continues, Romania has failed to identify any extraordinary circumstances that warrant relief under Rule 60(b)(6), "given that all that it can point to is a change in non-binding case law that has no effect on the Judgments." *Id.* at 39.

18

The court agrees with Micula. "[R]elief under [Rule 60(b)(6)] is not available unless the other clauses, (1) through (5), are inapplicable." *Goland v. CIA*, 607 F.2d 339, 372–73 (D.C. Cir. 1978); *see also Oladokun v. Corr. Treatment Facility*, 309 F.R.D. 94, 101 (D.D.C. 2015) (barring plaintiff "from asserting relief under Rule 60(b)(6) because his argument is premised on one of the grounds for relief enumerated in clauses (b)(1) through (b)(5)"); Wright & Miller § 2864 (describing the Rule 60(b) clauses as "mutually exclusive"). Merely asserting in the conjunctive, as Romania does here, that there has been a change in controlling law *and* circumstances does not open the door to relief under Rule 60(b)(6) that is otherwise foreclosed under Rules 60(b)(4) and 60(b)(5). Relief under Rule 60(b)(6) is denied for that reason alone.

Furthermore, Romania's assertion of "extraordinary circumstances" falls flat. All that has changed since the D.C. Circuit affirmed this court's first two judgments is that the CJEU has ruled (1) that the European Commission had the authority to evaluate the Award under the EU's state aid rules, and (2) because the European Commission has held that Romania's satisfaction of the Award would violate state aid rules, the courts of Member States cannot enforce the Award. Those developments are not "extraordinary": they are the rulings of Europe's high court about matters of EU law that do not change the jurisdictional fact that, at the time Petitioners filed for arbitration, Romania had agreed to arbitrate under the Sweden-Romania BIT. The fact that EU law, as interpreted by the CJEU, bars EU Member State courts from enforcing the Award because payment by Romania would violate the EU's state aid rules is not a ruling that strips a United States federal court of jurisdiction. Importantly, the CJEU has not held that Romania's consent to arbitrate *before* it acceded to the EU is void.

The court also finds that Romania's actions, both before this litigation and during it, undermine its assertion that the court's exercise of jurisdiction is unjust. Before the ICSID

19

tribunal, Romania had the opportunity to press the jurisdictional arguments it has made here but it did not so do. At the outset of the arbitration, Romania contested the ICSID tribunal's jurisdiction, filing its objections on September 10, 2007, *after* it had acceded to the EU. *See* Pet'rs' Mem. of Law in Response to the Br. of Amicus Curiae the European Commission, ECF No. 62, Ex. 1, ECF No. 62-2, ¶ 15. Romania never argued, however, that the ICSID tribunal lacked jurisdiction because its entry to the EU had rendered void its pre-accession agreement to arbitrate. *See id.* ¶ 58 ("There is no dispute between the Parties as to the jurisdiction of this Tribunal to decide the jurisdictional and admissibility challenges brought by [Romania] pursuant to Article 41 of the ICSID Convention."). It was not until the annulment proceedings, which commenced years later on April 9, 2014, that the issue of the tribunal's jurisdiction arose based on Romania's accession to the EU, and even then it was raised by the European Commission as amicus, not Romania. *See* Petition to Confirm ICSID Arbitration Award and Enter Judgment, ECF No. 1, Ex. B, ECF No. 1-5, ¶¶ 1 (noting date Romania filed for annulment of the Award), 64 (noting that the EU submitted its amicus brief on January 9, 2015), 330–35 (stating that the European Commission argued that Romania's accession to the EU terminated the Sweden-Romania BIT's arbitration agreement). Still, Romania did not adopt the Commission's argument. The ICSID tribunal stated Romania's position on the Commission's jurisdictional argument in one sentence: "The Applicant did not comment on this ground for annulment." *Id.* ¶ 336. It cannot be unjust for this court to find that Romania agreed to arbitrate with Petitioners when Romania did not argue otherwise before the ICSID tribunal. *Cf. Good Luck Nursing Home*, 636 F.2d at 577 (stating that Rule 60(b) cannot "be employed simply to rescue a litigant from strategic choices that later turn out to be improvident").

20

Romania was only slightly more diligent in contesting jurisdiction in these proceedings. Romania's first filing was an "Opposition" to the petition, in which Romania did not dispute the court's subject matter jurisdiction. *See Micula I*, 404 F. Supp. 3d at 273. Next, in response to Petitioners' motion for entry of judgment, Romania sought to stay the proceedings, but made no mention of the court's jurisdiction. *See id.* 273–74. Only after the European Commission entered an appearance as amicus—over two years after these proceedings commenced—did the argument surface that Romania's accession to the EU nullified the agreement to arbitrate and thereby deprived this court of jurisdiction. *See id.* at 274. Romania then piggy-backed onto the Commission's jurisdictional argument, asserting it for the first time in a reply brief. *See id.* And, as discussed, after the court found it had jurisdiction under the FSIA arbitration exception, Romania did not merely fail to challenge that determination before the D.C. Circuit, it actually *conceded* that this court's jurisdictional ruling was correct. *Micula*, 805 Fed. App'x at 1. It cannot be said that the CJEU's decisions constitute "extraordinary circumstances" to undo the Judgments, when Romania has been less than fully diligent in contesting the jurisdiction of U.S. federal courts.

It also appears that Romania has conceded, through diplomatic channels, that its accession to the EU did not abrogate the Award. On March 11, 2020, Romania and Sweden agreed to terminate the Sweden-Romania BIT (the "Termination Agreement"). Romania Mot., Ex. B, ECF No. 181-3, [hereinafter Ex. B[2]], at 1. On February 7, 2022, *after* the CJEU Decision issued, the Ministry for Foreign Affairs of Sweden issued a Note Verbale[3] to the Government of Romania,

---

[2] The court uses PDF pagination for all exhibits.

[3] A "Note Verbale" is an un-signed diplomatic message prepared in the third person, similar to a memorandum. *See* Merriam Webster, Note Verbale  https://www.merriam-webster.com/dictionary/note%20verbale (last visited Dec. 21, 2022). While it's not clear to the court whether Note Verbales have any binding power per se, it is clear that the two Note Verbales exchanged between the Government of Romania and the Kingdom of Sweden in February 2022 represent Sweden and Romania's interpretation of the Termination Agreement. *See* Romania Mot., Ex. C, ECF No. 181-4 at 1 ("the Note Verbale of the Ministry of Foreign Affairs of Sweden together with this Note Verbale in reply constitutes a Joint Interpretive Declaration regarding the Termination Agreement.").

proposing a "Joint Interpretive Declaration" regarding the Termination Agreement. *Id.* at 1–2. At the start, the Joint Interpretive Declaration acknowledged both that "bilateral investment treaties between Member States of the European Union are contrary to the EU Treaties," as well as the CJEU's decision in *Achmea*. *Id.* at 1. It also recognized that the Sweden-Romania BIT's arbitration agreement "as of 1 January 2007, the date of accession of Romania to the EU . . . cannot serve as legal basis for arbitration proceedings." *Id.* The Note Verbale then stated that, notwithstanding these acknowledgments, "the Government of Romania and the Government of Sweden confirm that the Termination Agreement will not affect concluded arbitration proceedings, which will not be reopened" and that the "Interpretive Declaration covers all investor-State arbitration proceedings based on the [Sweden-Romania BIT]." *Id.* at 1–2. Romania responded positively to the Note Verbale. On February 11, 2022, the Embassy of Romania to the Kingdom of Sweden accepted the proposed Joint Interpretive Declaration of the Termination Agreement and confirmed that "the [February 7, 2022] Note Verbale of the Ministry of Foreign Affairs of Sweden together with this [February 11, 2022] Note Verbale in reply constitutes a Joint Interpretive Declaration regarding the Termination Agreement." Romania Mot., Ex. C, ECF No. 181-4 at 1. Thus, Romania seems to have agreed that *Achmea* does not nullify its consent to arbitrate *before* January 1, 2007; nor does it vitiate arbitrations concluded pursuant to the Sweden-Romania BIT.[4]

The European Commission contends that the Note Verbale excludes the ICSID proceedings that produced the Award. That argument rests on the definition of the term "Concluded Arbitration Proceedings" contained in a multilateral treaty to which Sweden is not even a signatory. Br. Of Amicus Curiae the European Commission in Supp. of Romania Mot.,

---

[4] The Ministry for Foreign Affairs of Sweden issued a second Note Verbale to the Embassy of Romania on March 15, 2022. This Note specifically referenced the proceedings before this court. Romania Mot., Ex. D, ECF No. 181-5 [hereinafter Ex. D], at 1–2. And it again affirmed that the arbitration agreement between the countries terminated only as of January 1, 2007, the date of Romania's accession to the EU. *See id.*

ECF No. 191 [hereinafter EC Amicus Br.], at 14. As Micula explains, there are multiple reasons to doubt the Commission's reading of the Note Verbale. *See* Pet'rs.' Mem. of Law in Response to EC Amicus Br., ECF No. 195, at 17–18. The court need not resolve the question, however, because what is pertinent for present purposes is that Romania has not disputed Petitioners' reading of the Joint Interpretative Declaration—its reply brief makes no mention of it. If Romania believes that the ICSID proceedings with Petitioners do not qualify as a "concluded arbitration proceeding" under the Joint Interpretative Declaration, as the Commission contends, Romania could have said so. The court's refusal to vacate the Judgments in the face of Romania's silence is not unjust.

## V.    CONCLUSION AND ORDER

For the foregoing reasons, Respondent Government of Romania's Motion for Relief from Judgment, ECF No. 181, is denied.


Dated:  December 22, 2022

_____
      Amit P. Mehta
United States District Judge

23