# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-7008** | **September Term, 2023** |
| | 1:17-cv-02332-APM |
| | Filed On: January 16, 2024 |

Ioan Micula, et al.,

      Appellees

    v.

Government of Romania,

      Appellant

_____

| | |
|---|---|
| **No. 23-7031** | 1:19-cv-01618-TSC |

Nextera Energy Global Holdings B.V. and
Nextera Energy Spain Holdings B.V.,

      Appellees

    v.

Kingdom of Spain,

      Appellant

_____

| | |
|---|---|
| **No. 23-7032** | 1:19-cv-01871-TSC |

9REN Holding S.A.R.L.,

      Appellee

    v.

Kingdom of Spain,

      Appellant

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-7008, et al.**                                           **September Term, 2023**

_____

**No. 23-7038**                                                     1:21-cv-03249-RJL

Blasket Renewable Investments LLC,

        Appellant

    v.

Kingdom of Spain,

        Appellee

        **BEFORE:**   Pillard and Pan, Circuit Judges; and Rogers, Senior Circuit Judge

## O R D E R

    Upon consideration of the unopposed motion of the United States for an extension of time to file invited amicus briefs and to reschedule argument, it is

    **ORDERED** that the motion for an extension of time be granted. The amicus briefs of the United States are now due by 4:00 p.m. on February 2, 2024. Any responsive briefs, not to exceed 3,500 words, are due by 4:00 p.m. on February 16, 2024. In addition to electronic filing, the parties are directed to deliver paper copies of their submissions to the court by the time and date due. It is

    **FURTHER ORDERED** that the motion to reschedule argument be granted in part and these cases are removed from the court's February 5, 2024 oral argument calendar, and rescheduled for oral argument on February 28, 2024, at 9:30 A.M.

**Per Curiam**

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

        BY:   /s/
              Scott H. Atchue
              Deputy Clerk