# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-7008**  **September Term, 2023**

1:17-cv-02332-APM

Filed On: June 21, 2024 [2061082]

Ioan Micula, et al.,

    Appellees

  v.

Government of Romania,

    Appellant

## M A N D A T E

In accordance with the judgment of May 14, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed May 14, 2024